M. Jonathan Hayes (SBN 90388)
Pardis Akhavan (SBN 320342)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
Tel: (818) 285-0100
Fax: (818) 855-7013
jhayes@rhmfirm.com
pardis@rhmfirm.com

*Attorneys for Plaintiffs*,
Yvette Walden, Guadalupe Cruz
and Jose L. Cruz

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

In re

MARTHA ALICIA FERNANDEZ,

    Debtor.

_____

YVETTE WALDEN, GUADALUPE L.
CRUZ and JOSE L. CRUZ

    Plaintiffs,

  vs.

MARTHA ALICIA FERNANDEZ,

    Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2:18-bk-18159-RK

CHAPTER 7

Adv. No.  2:18-ap-01327-RK

**PLAINTIFF GUADALUPE CRUZ
TRIAL DECLARATION**

<u>*Trial:*</u>
Date: March 12, 2020
Time: 9:00 a.m.
Location: Courtroom 1675
255 E. Temple Street,
Los Angeles, CA 90012

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES
BANKRUPTCY JUDGE:**

## DECLARATION OF GUADALUPE CRUZ

I, Guadalupe Cruz, declare as follows:

1.      I am one of the Plaintiffs in the above entitled action. I submit this declaration in support of my contentions and claims at trial.  I have personal knowledge of the matters contained in this declaration and I can and will testify to them at trial.

### Background and Professional Experience

2.      I moved to the United States when I was eight. I was admitted to the nursing program and attended college for three years but was unable to graduate and complete my studies.

3.       My husband Jose and I have been married for 46 years.  I am retired now.  I worked as teacher's assistance at LAUSD for fifteen years.  My husband is also retired. He used to be a factory worker.  Neither my husband nor I have ever been involved in a remodeling project before or since.

### The Property At Issue

4.      We purchased the property at 654-658 W 19th St., San Pedro, CA 9073 ("Property") in 2002 along with our daughter Yvette Walden for approximately $305,000.

5.      The Property consisted of two small houses on a small but long lot.  My husband and I lived in the front house with some of our adult children from 2002 until a year or so before the construction started when we moved into an apartment.  Our son Louis and other children lived primarily in the back house.  Yvette lived there for a short while and then moved out when she got married.

### The Project to Remodel the Property

6.      We decided to remodel the home in early 2015.  Our idea was to tear down the back house and enlarge the front house.  We also wanted to add a second story to the home so that we had more room.

7.      We discussed remodeling and building the second story with my husband's brother-in-law Jose Luis Gonzalez.  He is a licensed contractor and was familiar with the home.  He told us that he was too busy to do the work and that he might be able to do it in two years.

### Hiring Wole Adefesco to Draw Plans

8.      I then contacted a friend of the family, Reuben Tinajero who I knew did remodeling.  He gave us a rough estimate of "in the $300,000s" but told us he had no contractor's license.  He told us that the job was too big for him and to be sure to get a licensed contractor because it was such a big job.  He also told us to contact his friend, Wole Adefesco, an engineer who could do the engineering and prepare the plans.

9.      I contacted Wole (pronounced Wally) and he came out to the house shortly after that.  We had taken pictures of homes in the area that we liked and discussed the remodeling with him.  Wole gave us a rough guess at the time that it might cost up to $400,000 to do the work.  He told us he would do the plans and drawings for $12,000.

10.      About two weeks later we met again and discussed the project further.  We paid him $12,000.  We reviewed the plans with him a number of times and when the plans were complete, he took them to the city and got them stamped.

11.      True and correct copies of various plot plans for the project are included in **Exhibit "8"** of the joint exhibits.

### Fernandez' Introduction to Cruz' Family

12.      Although we had the plans, we still needed a contractor to do the job.

13.      My daughter, Debbie met Ms. Fernandez daughter through work.

14.       I called Ms. Fernandez and we agreed to meet at a job she was doing at that time in Long Beach.  When we got there she was working on adding a master bedroom to a large home. There were four workers working for her at that job and the project looked like it was coming along very well.

3
Trial Declaration of Guadalupe Cruz

15.     I explained to Ms. Fernandez what we were looking for as far as the remodel.  I specifically asked her if she had a contractor's license and she definitely said yes.  We would not have had any further discussions if she had said no.

16.     I told her we had $250,000 to spend on our project and she said she would call me later and we could get together to discuss it.

### Several Meetings With Fernandez Discussing the Project

17.     We met a short time later, perhaps a week or so, at my daughter Yvette's home nearby the Property in San Pedro.  By then we had the plans from Wole and we spent a long time, at least a few hours, looking carefully at them, discussing what we would like done.  She had a lot of ideas and we liked her.  She was very confident that the work could be done for $250,000.  She said it would take eight to ten or eleven months which was consistent with what others told us.  She said we will be in the new home by Christmas.

18.     We met a few more times in November 2015 at Yvette's home going over the details.  I asked her for a written estimate and a contract.  She said that was no problem and she would provide that to us.  She said that she needed $20,000 to begin and then $20,000 every two weeks.  She said she needed the steady payments because she did not buy materials on credit.  I said that was okay and that I could give her $10,000 to start.  She said that was fine so I wrote her a check on December 4, 2015 for $10,000.  True and correct copies of all the checks I wrote to her are in **Exhibit "2"** of the joint Exhibits.

19.     During this time Ms. Fernandez agreed to do some work on my daughter Yvette's home.  She replaced the roof and did some other work and seemed to do a good job.

20.     During the several meetings held to discuss the project with Ms. Fernandez, I inquired whether she was a licensed contractor or not.  Ms. Fernandez affirmed that she was a licensed contractor. She further gave me assurances that she was a licensed contractor when she told us that she owned a company called First Choice Remodeling. I

looked up the business on the internet and found her website where it said that her

business was registered.  It said the company was a general contractor and the President

was Martha Fernandez.  It was very nice and I was impressed.

### Tearing Down the Back House

21.    During the meetings in November 2015 with Ms. Fernandez we discussed

tearing down the back house to start the project.  I told her my son Louis could do that

work as he worked for American Integrated Services, Inc.  Ms. Fernandez was fine with

that and my son demolished the back house so that Ms. Fernandez could get started.

22.    My daughter Debbie was living in the front house at the time and Louis was

in the back house.  They both moved out during December 2015 so that the work could

begin.

### Applying For the Permit to Remodel the House

23.    Shortly after that Ms. Fernandez told me that she and I needed to go to the

city to get the permit to add the second story and do the remodel.  Ms. Fernandez told me

that I should apply for the permit as an owner-build because it would be less expensive

and it would save me money on the cost of the permit.  I asked Ms. Fernandez if she had

insurance for her workers and she said she had her workers sign waivers.

### Fernandez Started the Project

24.    After I gave Ms. Fernandez the first check, she sent three to four day

laborers to start removing drywall, tearing out the fixtures and taking out the landscaping.

They quickly had the house down to the frame.  During that time, I was coming to the

properly virtually every day for an hour or two.   Sometimes I would help with some of

the work.  Ms. Fernandez usually was not there.

25.    I gave Ms. Fernandez a second check for $7,548 on December 26, 2015.

### The Issue With The Foundation

26.    Not long after she began the work, she told me that she did not like our

engineer Wole.  She said she had a hard time understanding him and did not want to work

with him on the project.  She said she was going to hire her own engineer and that she would pay for it.

**27.**    In one of these conversations, she told me that Wole had made a mistake in the drawings.  The mistake was that the foundation was not made of cement but was made of brick.  She said that was going to cause problems but that she would fix the problem.

### The Customer Invoice

28.    Ms. Fernandez eventually gave us a second document called a Customer Invoice, dated December 29, 2015.  A true and correct copy is **Exhibit "1"** in the joint Exhibits.  I do not believe she gave it to us on that date.  I believe that it was likely at least a week or two after that date.  When I looked at it I was shocked and annoyed.  It was $100,000 higher than what I had told her we could spend.  We discussed it at length.  She said she was planning nice floors, and granite counters and that I would be happy with it.  She told me it would be worth a million dollars when she finished it.  She basically talked me into it.  She convinced me that I could obtain a home equity loan to fund the additional cost.  Plus I was kind of stuck because they had already removed all the drywall and fixtures from the front house.

### Check Paid To Fernandez To Buy Lumber

**29.**    I gave Ms. Fernandez another check on January 7, 2015, this time for $42,000.  A true and correct copy of the checks I gave her are in **Exhibit "2"** of the joint Exhibits.  She said she was going to go buy the lumber and the materials she needed to start rebuilding the house. She eventually showed me a receipt for lumber in the amount of $41,000 but *I never did see any lumber or materials show up at the Property*.  I never saw any machinery or equipment.

### The Progress of The Project

30.    I continued to go to the property nearly every day at least in early to mid-January 2016 as I remember.  When she was there which was not often, we started

arguing.  She would say that she was waiting for inspectors for approval of things but the workers would tell me that the inspector came and she was not there so they left.  I asked her where the materials were and she would have some excuse about it.  I gave Ms. Fernandez another check for $20,000 February 5, 2016 but by then I was getting very upset.

### *The Property Was Demolished Without My Knowledge and Consent*

31.    At some point after that, my husband and I went out of town for a week or so.  I did not go by the project for a week.  When I went by the next time with my daughter, to my absolute shock, the entire house had been demolished!  True and correct copies of pictures I took of the Property after the demolition are included in **Exhibit "10"** of the joint exhibits.

32.    When I confronted Ms. Fernandez about demolishing the house, she told me that she had to do that because of the problem with the foundation.  She said her workers were laying the new footers to pour concrete and she would begin building a new home from scratch.  Ms. Fernandez assured me again that she knew what she was doing and that I should not worry.  She also claimed she would show inspectors the pictures she had taken of the foundation as proof that she had to demolish the house.

33.    I asked Ms. Fernandez what she had done with the money she received so far. She told me she bought lumber and cabinets.  I responded "What lumber and cabinets!? We never chose cabinets!" Then I asked for the receipts.

### *The City Shut Down The Project*

34.    *Shortly after that I learned that city inspectors had come by and shut down and cordoned off the entire project.*  One of the workers called me to tell me that.  I went by and took a picture.  I learned that they shut it down because we did not have a permit to build a new home; only to remodel an existing home.

35.    At this point I had paid Ms. Fernandez nearly $80,000 and had nothing to show for it but a vacant lot where no work could be done without getting a new permit.

### *Applying For New Building Permit*

36.     Shortly after that Ms. Fernandez told me that she and I needed to go to the city to get the new permit to build the new home.  When we were there to apply for a permit to build the new home, the building official, Mr. Shang, asked for Ms. Fernandez' license and documentation because only licensed contractor could apply and obtain such permit.  Ms. Fernandez became very nervous, wrapped up the conversation and told the official that we will be back with all the required documents.

37.     As Ms. Fernandez was acting strangely, I kept asking her about what had just happened. In the parking lot, she stopped walking and became very sick.  She told me that she cannot apply for the permit because she is not a licensed contractor. That is the first time I learned that she did not have a license.  I would have never given her the job had I known that.

38.     After that trip downtown, Ms. Fernandez kept assuring me that everything was going to be alright.  I was very scarred and felt I had no choice.  She said as soon as the permit was issued, she would start pouring concrete.  But she still had not even bought the lumber she promised.  Nevertheless I gave her another payment of $20,000 on February 29, 2016.

39.     As of that date until March 2017, Ms. Fernandez kept going back and forth to the city to obtain the permit. I was becoming more hopeless every day but she kept giving me assurances that she would get the permit and build my dream house with no further problems.

40.     True and correct copies of various permit applications and permits are included in **Exhibit "7"** of the joint exhibits.

### *Fernandez Hired the Subcontractor, Hugo Gill*

41.     Many months later, in November of 2016, Ms. Fernandez hired (apparently) Hugo Gill, a licensed contractor, to help her out with the project. We were promised that the foundation would be fixed by pouring cement over it.  The only job which was done

during that year was digging the foundation and pouring cement. True and correct copies of text communications between myself, Mr. Gill and others are included in **Exhibit "4"** of the joint exhibits.

42.     When she finally obtained the permit, she asked me for more money. I refused to pay her any money because I had already given her $100k and nothing was done.  I was left with a vacant lot. At this point, Ms. Fernandez told me that she would not do any further work on the project and abandoned the job.  True and correct copies of text communications between myself, Ms. Fernandez and others are included in **Exhibits "5"** and **"6"** of the joint exhibits.

### *Condition of the property today*

43.     During 2016 and into 2017, my husband and I attempted to get a loan to hire a real contractor to do finish the job.  The only collateral we had obviously was the property which was a vacant lot with incomplete footers and no permit.  No lender would give us a loan to complete the project.  Ms. Fernandez' demolition of the site made it not only worthless but impossible to rebuild without a major loan.

44.     When we hired Ms. Fernandez in late 2015, the property with the two homes was worth $450,000.  I know that because I looked at many homes in the area and online.  The property was very similar to many other properties in the area.  We would also receive flyers from agents who were interested in our property.

45.     At the time we had a first mortgage on the property to Vanderbilt Mortgage and Finance Inc. for approximately $370,000.  We are still the owners of the Property but we have been unable to continue paying the mortgage and our own rent so a foreclosure is pending and the Property will be lost soon.   A true and correct copy of our online loan summary statement at the time is included in **Exhibit "9"** of the joint exhibits.

46.     We filed a complaint against Ms. Fernandez and her entity First Choice Remodeling for breach of contract and return of compensation pursuant to Business & Professions code 7031(b), case number NC061235, in Superior Court of the State of

California. That case is still pending although it has been stayed.  Our attorney's fees in that case were more than $7,000.

47.     After Ms. Fernandez filed her Chapter 7 bankruptcy on July 17, 2019 we went to Public Counsel.  They filed a complaint for us and after that sent us to Jon Hayes to take of the case from there.

48.     Our damages are the loss of the $80,000 of equity and the $99,548 of payments we made to Ms. Fernandez for nothing.  I additionally paid approximately $15,000 to install the temporary electrical pole in compliance with Department of Power and Water, to shut off the gas and all the permits that were applied for.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2020, at Encino, California.

**SEE NEXT PAGE**

**Guadalupe Cruz**

California. That case is still pending although it has been stayed.  Our attorney's fees in that case were more than $7,000.

47.    After Ms. Fernandez filed her Chapter 7 bankruptcy on July 17, 2019 we went to Public Counsel.  They filed a complaint for us and after that sent us to Jon Hayes to take of the case from there.

48.    Our damages are the loss of the $80,000 of equity and the $99,548 of payments we made to Ms. Fernandez for nothing.  I additionally paid approximately $15,000 to install the temporary electrical pole in compliance with Department of Power and Water, to shut off the gas and all the permits that were applied for.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2020, at Encino, California.

Guadalupe Cruz

Trial Declaration of Guadalupe Cruz

# EXHIBIT 1

# First Choice Remodeling

**Martha Fernandez**
**3114 E 17th St**
**Long Beach, CA. 90804**
**Phone: (562) 787-1197**
**Fmartha34u@aol.com**

December 29, 2015

**Customer Invoice**
**Yvette Walden**
**658 19th Street**
**San Pedro Ca.**

| Service | Cost |
|---|---|
| Firsts floor addition of 720 sq. ft. re-structural existing foundation and framing as plans changed. Master bedroom / Bathroom, walk in closet. 4th bedroom and Laundry room. Remodel existing 2 bedrooms, 1 bathroom, hallway, living room and kitchen. Includes central air & heating and carport. (ASOP) | $145,000.00 |
| 2nd floor addition of 1651 sq. ft. Master bedroom/ bathroom, walk in closet, 4 bedrooms, hallway, 2nd bathroom. Laundry room, kitchen and living room. Includes balcony, central air & heating. (ASOP) | $206,375.00 |
| Total Labor & Material | $351,375.00 |
| Installment to start work. | $80,000.00 |
| Payments received | $17,500.00 |
| Balance due to start work | $62,500.00 |
| Balance after deposit | $271,375.00 |
| First payment on February 3rd. | $20,000.00 |
| Monthly payment of $20,000.00 | |

*Hidden damage not included. * All materials will be Contractor's prices. * time of completion 10-12 month's.

1-1

**Acceptance of Proposal**
The price above, specifications and conditions are satisfactory and herby accepted.
You are authorized to do the work

Date 12/29/15                    Signature

**1-2**

# EXHIBIT 2

**Chase Online**                                              **Wednesday, April 13, 2016**

**Check Details for Check Number** ███2217

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-03-07 00:00:00.0 | $20,000.00 | ███1483 | ███0248 |

**Check Images (Front and Back)**



0164987790

This information is provided for your convenience and does not replace your monthly account statement(s)
which are the official records of your accounts and does not replace any other notice we send you  JPMorgan
chase Bank, N A  Member FDIC

© 2016 JPMorgan Chase & Co

**1-3**

**Chase Online**

<div align="right"><strong>Wednesday, April 13, 2016</strong></div>

**Check Details for Check Number** ██████1309

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-02-05<br>00:00:00.0 | $20,000.00 | ████1483 | ████0248 |

**Check Images (Front and Back)**



0150736716

This information is provided for your convenience and does not replace your monthly account statement(s),
which are the official records of your accounts and does not replace any other notice we send you. JPMorgan
chase Bank, N.A. Member FDIC

© 2016 JPMorgan Chase & Co

**1-4**

**Chase Online**                                                **Wednesday, April 13, 2016**

## Check Details for Check Number ▮1290

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-01-08 00:00:00.0 | $42,000.00 | ▮1483 | ▮0248 |

### Check Images (Front and Back)



This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank N A Member FDIC

© 2016 JPMorgan Chase & Co

**1-5**

**Chase Online**                                          **Wednesday, April 13, 2016**

---

**Check Details for Check Number 143**

---

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 2015-12-28 00:00:00.0 | $7,548.00 | ▆▆3893 | ▆▆0247 |

---

**Check Images (Front and Back)**

---



This information is provided for your convenience and does not replace your monthly account statement(s),
which are the official records of your accounts and does not replace any other notice we send you. JPMorgan
chase Bank, N.A  Member FDIC

© 2016 JPMorgan Chase & Co

**1-6**

CHASE

Chase.com | Contact Us | Privacy Notice | En Español

Search: How can we help you today

LOG OFF

CHASE ONLINE℠  Tuesday, October 11 2016

My Accounts > Account Activity > Deposit Details

## Review your deposit details — Here's a list of checks you deposited on the date you selected. Click "See" to display the front and back of a check. You also can see your deposit slip by clicking "See deposit slip."

Next, click "Create PDF." We'll send a message to your Chase Secure Message Center inbox when the PDF is ready.

🔘 Print  🔘 Help with this page

**I'd like to...**
› Search for checks
› See account statements
› See account activity

**Deposit Details for BUSINESSSELECT CHKG ( 4063)**

| Total deposit amount | $7,500.00 | Number of checks in deposit | 1 | Post date 12/22/2015 |

**Checks Deposited**

| Include all in PDF | Check Number | Amount | Account | Routing Number | Action |
|---|---|---|---|---|---|
| | 142 | $7,500.00 | ▓▓▓3893 | ▓▓▓0247 | Hide |

JOSE LUIS CRUZ
GUADALUPE LOPE CRUZ
▓▓▓▓ BELLE POINTE AVE APT 19
HARBOR CITY, CA 90710

142

12/21/15  Date

Pay to the Order of  *First Choice*                     $ 7,500.00

*Seven thousand Five hundred*  Dollars

Guadalupe Cruz

24 7▓         00142

**Need help printing or saving this check?**

Front
Back
Enlarge
Print

## What would you like to do next?
› Download all deposit details
› Return to account activity
› See Download Center

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

Chase's website terms, privacy and security policies don't apply to the site you're about to visit. Please review its website terms, privacy and security policies to see how they apply to you. Chase isn't responsible for (and doesn't provide) any products, services or content at this third-party site, except for products and services that explicitly carry the Chase name.

© 2016 JPMorgan Chase & Co

*Returned*

**1-7**

**Chase Online**                                                    **Wednesday, April 13, 2016**

**Check Details for Check Number 197**

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 2015-12-04 00:00:00.0 | $10,000.00 | ████3893 | ████0247 |

**Check Images (Front and Back)**

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank, N.A. Member FDIC

© 2016 JPMorgan Chase & Co

# EXHIBIT 3

# March 2016

**Martha Fernandez**
**Phone: (562) 787-1197**
**Fmartha34u@aol.com**

Addition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid | |
|------|--------|---------|-----------|----------|--------|----------|-------------|---|
| Luis | SP | SP | SP | SP | SP | Ø | 1250 | ✓ |
| Jc | SP | SP | SP | SP | SP | Ø | 750 | ✓ |
| George | SP | SP | SP | SP | SP | Ø | 600 | ✓ |
| Herro | SP | SP | SP | SP | SP | Ø | 400 | ✓ |
| Kile | SP | SP | SP | SP | SP | Ø | 500 | ✓ |
| Taylor | SP | SP | SP | SP | SP | Ø | 500 | ✓ |
| Randy | SP | SP | SP | SP | SP | Ø | 500 | ✓ |
| Peru | SP | SP | SP | SP | SP | Ø | 750 | ✓ |
| | | | Total | | | | $5,250 | |
| Luis | SP/H | SP | SP | SP | SP | Ø | 1250 | |
| Jc | SP/H | SP | SP | SP | SP | Ø | 750 | |
| George | Ø H | Ø H | Ø H | SP | SP | Ø | 240 | |
| Herro | Ø H | Ø H | SP | SP | SP | Ø | 240 | |
| Kile | Ø H | Ø H | SP | SP | SP | Ø | 300 | |
| Taylor | Ø H | SP | SP | SP | SP | Ø | 400 | |
| Randy | Ø H | SP | SP | SP | SP | Ø | 400 | |
| Pete | Ø H | SP | SP | SP | SP | Ø | 400 | |
| | | | Total | | | | $3,950 | |

3-9

March 2016
Addition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Mis | SP | SP | SP | SP | SP | | 1250 |
| Jr | SP | SP | SP | SP | SP | | 900 |
| Goose | SP | SP | SP | SP | SP | X | 600 |
| Taylor | SP | SP | SP | SP | SP | X | 500 |
| Ranky | SP | SP | SP | SP | SP | X | 500 |
| Herro | SP | SP | SP | SP | SP | X | 400 |
| | | | Total | | | | 4,150 |
| Luis | SP | SP | SP | SP | SP | X | 1250 |
| Jr. | X | X | X | X | X | X | 0 |
| Goose | SP | SP | SP | SP | SP | X | 600 |
| Taylor | SP | SP | SP | SP | SP | X | 500 |
| Kiki | SP | SP | SP | SP | SP | X | 500 |
| Herro | SP | SP | SP | SP | SP | X | 400 |
| | | | Total | | | | $3,850 |
| | | | | | | | |
| | | | | | | | |

14 – 18

21 – 26

# February 2016

**Martha Fernandez**
**Phone: (562) 787-1197**
**Fmartha34u@aol.com**

Addition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Luis | SP | SP | SP | SP | SP | ⊗ | $1,250 |
| Jr. | SP | SP | SP | SP | SP | ⊘ | 750 |
| George | SP | SP | SP | SP | SP | ⊗ | 600 |
| Martin | SP | SP | SP | SP | SP | ⊗ | 750 |
| Tayler | SP | SP | SP | SP | SP | ⊗ | 400 |
| | | | Total | | | | $3,750 |
| Luis | SP | SP | SP | SP | SP | ⊗ | $1,250 |
| Jr. | SP | SP | SP | SP | SP | ⊗ | 750 |
| George | SP | SP | SP | SP | SP | ⊗ | 600 |
| Martin | SP | SP | SP | SP | SP | ⊗ | 750 |
| Tayler | SP | SP | SP | SP | SP | ⊗ | 400 |
| | | | Total | | | | 3,750 |
| Luis | SP | SP | SP | SP | SP | ⊗ | 1250 |
| Jr. | SP | SP | SP | SP | SP | ⊗ | 750 |
| George | SP | SP | SP | SP | SP | ⊗ | 600 |
| Martin | SP | SP | SP | SP | SP | ⊗ | 750 |
| Tayler | SP | SP | SP | SP | SP | ⊗ | 400 |
| | | | | | | | $3,750 |

3-11

FEBRARY 2016
Hadition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Luis | SP | SP | SP | SP | SP | ⊗ | 1250 | R |
| Jr | SP | SP | SP | SP | SP | ⊗ | 750 | R |
| George | SP | SP | SP | SP | SP | ⊗ | 600 | R |
| Martin | SP | SP | SP | SP | SP | ⊗ | 750 | R |
| Taylor | SP | SP | SP | SP | SP | ⊗ | 400 | R |
| Herro | ⊗ | ⊗ | ⊗ | SP | SP | ⊗ | 100 | R |
| Kike | ⊗ | ⊗ | ⊗ | SP | SP | ⊗ | 100 | R |
|  |  |  | Total |  |  |  | 4,000 |  |
| Luis | SP | SP | SP | SP | SP | ⊗ | 1250 | ✓ |
| Jr | SP | SP | SP | SP | SP | ⊗ | 750 | ✓ |
| George | SP | SP | SP | SP | SP | ⊗ | 600 | ✓ |
| Martin | SP | SP | SP | SP | SP |  | 750 | ✓ |
| Taylor | SP | SP | SP | SP | SP |  | 500 | ✓ |
| Herro | SP | SP | SP | SP | SP |  | 450 | ✓ |
| Kike | SP | SP | SP | SP | SP |  | 400 | ✓ |
|  |  |  | Total |  |  |  | 4,650 |  |

3-12

# January 2016

**Martha Fernandez**
**Phone: (562) 787-1197**
**Fmartha34u@aol.com**

Addition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Luis | SP | SP | SP | SP | SP | SP | 1500 |
| Jo. | SP | SP | SP | SP | SP | SP | 900 |
| Grayson | SP | SP | SP | SP | SP | SP | 60 |
| Houston | SP | SP | SP | SP | SP | SP | 900 |
| Mori | SP | SP | SP | SP | SP | SP | 900 |
| Taylor | SP | SP | SP | SP | SP | SP | 460 |
| Rowley | SP | SP | SP | SP | SP | SP | 900 |
| | | | Total | | | | 5,600 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3-13

# December 2015

**Martha Fernandez**
**Phone: (562) 787-1197**
**Fmartha34u@aol.com**

Addition

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Luis | S/P | S/P | S/P | S/P | S/P | S/P | 15ᵗⁱ |
| JR | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| George | S/P | S/P | S/P | S/P | S/P | S/P | 7ᵗⁱ |
| Martin | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| Toni | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| | | | Total | | | | $4.95 |
| Luis | S/P | S/P | S/P | S/P | S/P | S/P | 15ᵗⁱ |
| JR | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| George | S/P | S/P | S/P | S/P | S/P | S/P | 7ᵗⁱ |
| Martin | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| Toni | S/P | S/P | S/P | S/P | S/P | S/P | 9ᵗⁱ |
| | | | Total | | | | $4.92 |
| Luis | S/P | S/P | S/P | OFF | OFF | S/P | 1,ᵗⁱ |
| JR | S/P | S/P | S/P | OFF | OFF | S/P | 4ᵗⁱ |
| George | S/P | S/P | S/P | OFF | OFF | S/P | 4ᵗⁱ |
| Martin | S/P | S/P | S/P | OFF | OFF | S/P | 6ᵗⁱ |
| Toni | S/P | S/P | S/P | OFF | OFF | S/P | 6ᵗⁱ |
| | | | Total | | | | $3.2 |

December

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Amount paid |
|------|--------|---------|-----------|----------|--------|----------|-------------|
| Luke | SP | SP | SP | SP | SP | SP | 1,500 |
| Dr | SP | SP | SP | SP | SP | SP | 900 |
| George | SP | SP | SP | SP | SP | SP | 700 |
| Martin | SP | SP | SP | SP | SP | SP | 900 |
| Paul | SP | SP | SP | SP | SP | SP | 900 |
|  |  |  | Total |  |  |  | $4,900 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Dec #1 — run 1

3-15

# EXHIBIT 4

1:16 PM

## Hugo Gil Contractor
1818███████

> I know i text her every day. But trust me she is going to pay for my house to get finished. Im going to give her more time but im pressureing her but i need her to give me back my money or build.

10:19 AM

> I dont think she want to come out on the news and go to prison. These is the only way to support her self.

10:21 AM



There's no prison time for something like this, that's why I was referring to you guys to talk to an attorney to be will advise of the pros in cons, you know what I'm saying??

10:34 AM

> Yes i know she was working with out license.

10:40 AM

Tuesday, December 6, 2016

> Have marthat call you. Any thing on the calculation

4:23 PM

Enter message    SEND

4-16

  1:16 PM

< **Hugo Gil Contractor**  📞  ☰
1818▮▮▮▮▮▮▮

> I know i text her every day. But trust me she is going to pay for my house to get finished. Im going to give her more time but im pressureing her but i need her to give me back my money or build.

10:19 AM

> I dont think she want to come out on the news and go to prison. These is the only way to support her self.

10:21 AM



> There's no prison time for something like this, that's why I was referring to you guys to talk to an attorney to be will advise of the pros in cons, you know what I'm saying??

10:34 AM

> Yes i know she was working with out license.

10:40 AM

**Tuesday, December 6, 2016**

> Have marthat call you. Any thing on the calculation

4:23 PM

Enter message        😊     SEND

**4-17**

 

## Hugo Gil Contractor
1818▮▮▮▮▮▮

**Friday, December 9, 2016**

(H) The list of things to comply that Martha has is getting shorter, there's so many items when you go to a new building process hopefully it won't be long so we can get back at the site and wrap up the project.   6:45 AM

Ok

Im hopeful
6:47 AM

(H) We need to be.,  6:50 AM

**Thursday, December 29, 2016**

Hi hugo anything news on when work will start.
1:10 PM

(H) It looks like the beginning of the week, God willing   1:27 PM

When did she tell you that because she just text me to let me know that green plans need to be aprove and she has

 Enter message  SEND

**4-18**



## Hugo Gil Contractor
1818██████████



Friday, December 9, 2016

**(H)** The list of things to comply that Martha has is getting shorter, there's so many items when you go to a new building process hopefully it won't be long so we can get back at the site and wrap up the project.
6:45 AM

Ok

Im hopeful
6:47 AM

**(H)** We need to be., 6:50 AM

Thursday, December 29, 2016

Hi hugo anything news on when work will start.
1:10 PM

**(H)** It looks like the beginning of the week, God willing
1:27 PM

When did she tell you that because she just text me to let me know that green plans need to be aprove and she has

 Enter message        

4-19

  1:16 PM

## Hugo Gil Contractor
1818▮▮▮▮▮

**Thursday, December 29, 2016**

Hi hugo anything news on when work will start.
1:10 PM

 It looks like the beginning of the week, God willing
1:27 PM

When did she tell you that because she just text me to let me know that green plans need to be aprove and she has an appointment on jan. 10. So more hold back i honestly dont know what kind of work hugo the engeneer is doing that this is not getting aprove.
1:33 PM

Sorry to be bothering you but its so frustrating and we are epending so much money on rent that im seek of it.

1:38 PM    Thank you for your info.

**Friday, December 30, 2016**

 The change on the permit created a whole new thing and

 Enter message     

**4-20**

  1:16 PM

## ‹ Hugo Gil Contractor  📞 ☰
1818 ▒▒▒▒▒

**Thursday, December 29, 2016**

1:10 PM  Hi hugo anything news on when work will start.

 It looks like the beginning of the week, God willing  1:27 PM

When did she tell you that because she just text me to let me know that green plans need to be aprove and she has an appointment on jan. 10. So more hold back i honestly dont know what kind of work hugo the engeneer is doing that this is not getting aprove.  1:33 PM

Sorry to be bothering you but its so frustrating and we are epending so much money on rent that im seek of it.

1:38 PM  Thank you for your info.

**Friday, December 30, 2016**

H The change on the permit created a whole new thing  and

 Enter message   

4-21

  

**Hugo Gil Contractor**

1818 ██████

Friday, December 30, 2016

H  The change on the permit created a whole new thing and new item needed to be added is very complicated    7:54 AM

H  But is almost done  7:55 AM

Friday, January 20, 2017

Can you please send me the invoice for Concret hauling. Thank you

8:47 AM

H  Yes I believe I'd have on your file, I'll send it today no problem  8:49 AM

8:49 AM  Thank you

Saturday, January 21, 2017

H  Sorry I'd gave that receipt to Martha, I'd don't have it.,  12:34 PM

It ok martha is plaing dome with me but carma will bit her on the butt. I asked for invoice and she send me some with out the

Enter message     

4-22



1:16 PM

### Hugo Gil Contractor
1818 



**Friday, December 30, 2016**

(H) The change on the permit created a whole new thing  and new item needed to be added is very complicated  7:54 AM

(H) But is almost done  7:55 AM

**Friday, January 20, 2017**

Can you please send me the invoice for Concret hauling. Thank you  
8:47 AM

(H) Yes I believe I'd have on your file, I'll send it today no problem  8:49 AM

8:49 AM  Thank you

**Saturday, January 21, 2017**

(H) Sorry I'd gave that receipt to Martha, I'd don't have it.,  12:34 PM

It ok martha is plaing dome with me but carma will bit her on the butt. I asked for invoice and she send me some with out the

 Enter message       

**4-23**

  1:16 PM

< **Hugo Gil Contractor** 📞 ☰
1818▮▮▮▮▮▮▮

—— Saturday, January 21, 2017 ——

 Sorry I'd gave that receipt to
Martha, I'd don't have it.,        12:34 PM

It ok martha is plaing dome with
me but carma will bit her on
the butt. I asked for invoice and
she send me some with out the
adress. I ask her for the permit
and she send me one that is not
legible. But im going to make
sure she get her day in court if
12:38 PM   she doesnt hurry it up.

Im so done with her. You just
12:39 PM   can tell you how angry i am.

 I can imagined
                    12:40 PM

Dont worry ill see what i can
do. She gave me a hand written
invoice that anyone could
have wrote it. You think the
department of sanitation is
going to take it, and i called the
number and they cant fine it. I
think she is making things up to
buy time. Thanks for listening

📎 Enter message         

4-24

   1:16 PM

## Hugo Gil Contractor
1818▮▮▮▮▮▮▮

Saturday, January 21, 2017

 Sorry I'd gave that receipt to Martha, I'd don't have it.,    12:34 PM

It ok martha is plaing dome with me but carma will bit her on the butt. I asked for invoice and she send me some with out the adress. I ask her for the permit and she send me one that is not legible. But im going to make sure she get her day in court if she doesnt hurry it up.    12:38 PM

Im so done with her. You just can tell you how angry i am.    12:39 PM

 I can imagined    12:40 PM

Dont worry ill see what i can do. She gave me a hand written invoice that anyone could have wrote it. You think the department of sanitation is going to take it, and i called the number and they cant fine it. I think she is making things up to buy time. Thanks for listening

Enter message        

**4-25**

1:16 PM

## Hugo Gil Contractor
1818█████

**(H)** I can imagined    12:40 PM

Dont worry ill see what i can do. She gave me a hand written invoice that anyone could have wrote it. You think the department of sanitation is going to take it, and i called the number and they cant fine it. I think she is making things up to buy time. Thanks for listening
12:43 PM

**(H)** Let's talk to the guy that did the work, he has a copy I know him very well.    12:46 PM

Sunday, February 5, 2017

**(H)** I'd call the plan checker office in west La and found out that this plan checker every time they go there he ask for something new, so we are dealing with a difficult plan checker and there's nothing we can do at all, we are at he's mercy.    5:15 PM

Im going to go next time she

Enter message    SEND

**4-26**



1:16 PM

## Hugo Gil Contractor
1818▮▮▮▮▮▮

 **I can imagined**  12:40 PM

> Dont worry ill see what i can do. She gave me a hand written invoice that anyone could have wrote it. You think the department of sanitation is going to take it, and i called the number and they cant fine it. I think she is making things up to buy time. Thanks for listening
>
> 12:43 PM

 Let's talk to the guy that did the work, he has a copy I know him very well.  12:46 PM

Sunday, February 5, 2017

 I'd call the plan checker office in west La and found out that this plan checker every time they go there he ask for something new, so we are dealing with a difficult plan checker and there's nothing we can do at all, we are at he's mercy.  5:15 PM

> Im going to go next time she

Enter message      

**4-27**

  N 1:16 PM

## Hugo Gil Contractor
1818▓▓▓▓▓▓ 

Sunday, February 5, 2017

 I'd call the plan checker office in west La and found out that this plan checker every time they go there he ask for something new, so we are dealing with a difficult plan checker and there's nothing  we can do at all, we are at he's mercy.
5:15 PM

Im going to go next time she goes. We al ready had all the permits untill she decided to knock out the walls. She complecated all the things. And my kids and i are paying for her mistake. But thank you for staying on top off things.
5:21 PM

 I'll do the best I can, and yes it would be a great idea to be there with her to pressure that dalgone plan checker
5:31 PM

Wednesday, February 15, 2017

 Good morning have you
guys heard anything back

 Enter message      SEND

**4-28**

 1:16 PM

## Hugo Gil Contractor
1818████████

Sunday, February 5, 2017

 I'd call the plan checker office in west La and found out that this plan checker every time they go there he ask for something new, so we are dealing with a difficult plan checker and there's nothing  we can do at all, we are at he's mercy.    5:15 PM

Im going to go next time she goes. We al ready had all the permits untill she decided to knock out the walls. She complecated all the things. And my kids and i are paying for her mistake. But thank you for staying on top off things.
5:21 PM

 I'll do the best I can, and yes it would be a great idea to be there with her to pressure that dalgone plan checker    5:31 PM

Wednesday, February 15, 2017

 Good morning have you guys heard anything back

 Enter message        **4-29**

 

1:17 PM

< **Hugo Gil Contractor**
1818▇▇▇▇▇

Wednesday, February 15, 2017

 Good morning have you guys heard anything back from Martha yet??? I'm just wondering
10:20 AM

She finaly dump hugo her engeneer and has someone else helping her with the plans. You know next week. I been hearing that for 14 months.
11:38 AM

Lets hope its true.
11:39 AM

 That's a long time, hope all goes well now
11:40 AM

I hope she not BSing me. But what else can i do. I was in the hospital last week after i talked to her. My blood pressure was ski high. Im giving her this week.
11:43 AM

 Best of luck, 11:45 AM



Enter message  

**4-30**

  

1:17 PM

### Hugo Gil Contractor
1818███████

**H** My crews are ready to get you house rolling asap but the permits are holding us back    11:50 AM

I know. Can you put some pressur on her to.    11:50 AM

**H** I've been doing that every week    11:56 AM

**Tuesday, February 21, 2017**

**H** If you guys have time to clean up around the forms and cut any weeds I'll appreciate, but please be careful with the forms, thanks a lot.    7:02 AM

Ill ask but martha has to take care of that. This is her falt. Sorry but it to much it all weeds . You cant even see the forms.    7:06 AM

**H** If you let it go I'd going to make huge problems when we get back there. I'll would just do it, don't wait for Martha, thanks    7:09 AM

 Enter message       

**4-31**

 

## Hugo Gil Contractor
1818

> Sorry but i dont have any one to do it. I been sick with my blood pressure.
> 7:11 AM

 Ok I'll let Martha know that it needs to be dealt with asap, thanks
7:12 AM

> Sorry hugo but martha needs to be resposible for her neglect. It not you. You been very professional with your work.
> 7:15 AM

H Thanks I'd already sent her a message telling her that she needs to remove the weeds asap.,
7:17 AM

> 7:17 AM  Thank you.

H Martha Is sending someone today,!!!
9:50 AM

> 9:52 AM  Ok

### Thursday, February 23, 2017

 Good morning did you get a

 Enter message    

**4-32**

  

1:17 PM

## Hugo Gil Contractor
1818▮▮▮▮▮▮▮

> Sorry but i dont have any one to do it. I been sick with my blood pressure.
>
> 7:11 AM

 Ok I'll let Martha know that it needs to be dealt with asap, thanks
7:12 AM

> Sorry hugo but martha needs to be resposible for her neglect. It not you. You been very professional with your work.
>
> 7:15 AM

 Thanks I'd already sent her a message telling her that she needs to remove the weeds asap.,
7:17 AM

> Thank you.
>
> 7:17 AM

 Martha Is sending someone today,!!!
9:50 AM

> Ok
>
> 9:52 AM

### Thursday, February 23, 2017

 Good morning did you get a

 Enter message      

4-33



**Hugo Gil Contractor**
1818

Thursday, February 23, 2017

 1:17 PM

H — Good morning did you get a chance to see if the weeds got taken out of the property    8:40 AM

No i havent been by    8:41 AM

Ill stop by later today    8:42 AM

H — She just told me that they did it already just now    8:42 AM

Ok will see it was a lot.

Ill call you later to let you know    8:43 AM

H — Thanks, please take few pics and text to me, thanks    8:46 AM

Ok    8:46 AM



 Enter message     SEND

**4-34**



**Hugo Gil Contractor**
1818█████████

  1:18 PM





Enter message

 

4-35



**Hugo Gil Contractor**
1818▮▮▮▮▮







Enter message




**4-36**



## Hugo Gil Contractor

1818







 Enter message 

4-37

 

**Hugo Gil Contractor**

1818⬛⬛⬛⬛⬛



12:58 PM



Enter message

 

4-38

   1:18 PM

### Hugo Gil Contractor
1818████████

1:02 PM   **Its cleand**

**H**   It's not as good I'd would like it to be
1:02 PM

i know i think they are still working on it.
1:03 PM

**H**   I hope so   1:04 PM

**H**   She has one appointment for Feb 28, hopefully that's it!!!!!
1:08 PM

1:27 PM   **Yes hopefully**

---

**Thursday, March 16, 2017**

**H**   Good morning I'd heard that you guys are going to city hall to pull the permits right??  Hope all goes well

Today isn't it?   9:08 AM

Yes it did. ready to work.
9:28 AM

 Enter message    

4-39

  

1:18 PM

## Hugo Gil Contractor
1818██████

1:02 PM    Its cleand

H    It's not as good I'd would like it to be
1:02 PM

I know i think they are still working on it.
1:03 PM

H    I hope so    1:04 PM

H    She has one appointment for Feb 28, hopefully that's it!!!!!
1:08 PM

1:27 PM    Yes hopefully

Thursday, March 16, 2017

H    Good morning I'd heard that you guys are going to city hall to pull the permits right??  Hope all goes well

Today isn't it?    9:08 AM

Yes it did. ready to work.
9:28 AM

 Enter message     

**4-40**

1:19 PM



**Hugo Gil Contractor**

1818





> Need a copy of the permit, take a picture and send it, and make a copy of the new stamp plans please either you or Martha can do that, thanks
> 9:30 AM

Call martha she has everthing
11:25 AM

> I'm sure she'll call once she has everything in order.
> 11:29 AM

> That's great news    11:38 AM

> Have you been at the property to check if they're cleaning up the lot, would you let me know
> 12:54 PM

> Leaving the jobsite honey    12:56 PM

> Wrong text sorry    1:36 PM

No i was out of the Area but ill go by tomorrow
2:51 PM

> Ok let me know    2:54 PM

 Enter message

    

**4-41**

  

**Hugo Gil Contractor**
1818⬛⬛⬛⬛⬛⬛

2:54 PM  Ok

Friday, March 17, 2017

 Martha would probable be calling today, I'd don't know if she still has funds to continue, realistically speaking money goes like water in construction, because people want to charge you a lot of money to work plus all the overhead that goes with it too you Lupe. Take care

Please don't tell her that I'm communicating with you guys ok, thanks

8:49 AM

Dont worry she doesnt know i talk to you. And she better have fund because i will sue her.

8:51 AM

Im so upset with her,i dont want to see her i hate the fact that her mistakes are costing me so much money and problems.

8:53 AM

So she hasn't called you? Dont tell her i told you permits were

 Enter message    

**4-42**



1:19 PM

## Hugo Gil Contractor

1818█████

So she hasn't called you? Dont tell her i told you permits were stamped.

She said her guys are cleaning the place for inspection.

8:56 AM



8:58 AM

H No don't worried

9:01 AM

9:02 AM    Thanks



Enter message

 SEND

4-43



1:23 PM

← **Hugo Gil Contractor**
1818███████                    📞  ⋮

Wed, Apr 19, 2017 6:10 PM

She's been working and hustling all of this permitting bussines plus all the work that was done before, regardless that was an expense anyway, she purchase all the steel all the hardware, plus all of the labor that we've put into, we will pour the concrete once we gather funding and then will wait to see what you guys are going fijured out,
As I told you guys before this project now, I'd value to build from beginning to end materials and labor around $480,000 out the door. Complete, I don't know how much Martha bid this job for, but that's the market value to build and you can ask anyone, I've been doing this since 1976, believe me I've build a lot experience in the building trade industry



### Hugo Gil Contractor
1818▮▮▮▮

> I dont know how much martha is paying you but a bunch of holes in the ground is not worth 100,000 dollars.
>
> 6:14 PM



(H)
> It's not just holes in the ground, but setting up all forms, braze the form work, line up everything, and on top of that we came back to rearrange all the forms again been gone almost 4 months, and kind start all over again.
>
> 6:17 PM

**Tuesday, May 2, 2017**

(H)


 Enter message        

**4-45**

 

‹ **Hugo Gil Contractor** 
1818██████

Tuesday, May 2, 2017





**Pouring concrete**

11:18 AM

 **Jamming lupe**



Enter message  

**4-46**



# Hugo Gil Contractor
1818▇▇▇▇

Tuesday, May 2, 2017



**Pouring concrete**

11:18 AM

**Jamming lupe**



Enter message

**4-47**

1:24 PM

## Hugo Gil Contractor
1818█████

**H** Jamming lupe



11:21 AM

Good! when will you start framing.

11:28 AM

**H** When do you want to move in?????

11:28 AM

?? THANK YOU FOR UP DATE

11:30 AM

**H** Your welcome    11:36 AM

Enter message    SEND

**4-48**

  1:25 PM

‹   **Hugo Gil Contractor**   

1818████████

(H) Framing starts Tomorrow am, installing the mud sills over the new footings, and on top of that the floor joist
11:37 AM

Ok thank you for up date
11:47 AM

(H) Your welcome   11:54 AM

**Thursday, May 4, 2017**

(H) So you guys know today is the last day, we don't get a check today or tomorrow we not coming back
2:38 PM

2:39 PM   Talk to martha

(H) I'd did   2:39 PM

2:40 PM   Ok

(H) She has no money   2:40 PM

2:40 PM   Its on her

✎  Enter message                    

4-49





### Hugo Gil Contractor
1818▪▪▪▪▪▪



 **Fine** 2:40 PM

(H) I'm sure you don't a lien on your property is best for us just to leave

Good luck 2:41 PM

2:44 PM  I thank you for your work.

(H) It was my pleasure 2:44 PM

---

Monday, May 15, 2017

(H) Hi I've the plans inspections cards, but I'll put two days of work on your project plus lumber for the mud sills witch I left there si in order for me to return the plans and inspection cards I'd need to collect $ 1,200.00 and I'll give the plans inspection cards and any other documents you might ne

 💬 VIEW ALL                    >

1:25 PM

---

 Enter message                   SEND

**4-50**



**Hugo Gil Contractor**

1818 ███████

 1:25 PM

Mon, May 15, 2017 1:25 PM

Hi I've the plans inspections cards, but I'll put two days of work on your project plus lumber for the mud sills witch I left there si in order for me to return the plans and inspection cards I'd need to collect $ 1,200.00 and I'll give the plans inspection cards and any other documents you might need to continue with the project, things the inspector going to need.



**Hugo Gil Contractor**
1818▮▮▮▮▮▮

Mon, May 15, 2017 1:25 PM

Hi I've the plans inspections cards, but I'll put two days of work on your project plus lumber for the mud sills witch I left there si in order for me to return the plans and inspection cards I'd need to collect $ 1,200.00 and I'll give the plans inspection cards and any other documents you might need to continue with the project, things the inspector going to need.



**Hugo Gil Contractor**
1818 ██████

(H) I'm sure you don't a lien on your property is best for us just to leave

Good luck  2:41 PM

2:44 PM  I thank you for your work.

(H) It was my pleasure  2:44 PM

Monday, May 15, 2017

(H) Hi I've the plans inspections cards, but I'll put two days of work on your project plus lumber for the mud sills witch I left there si in order for me to return the plans and inspection cards I'd need to collect $ 1,200.00 and I'll give the plans inspection cards and any other documents you might ne

💬 VIEW ALL  >

1:25 PM

(H) ?????  3:00 PM

📎 Enter message  😊  SEND

4-53

   1:25 PM

## Hugo Gil Contractor
1818▮▮▮▮▮▮▮

(H) **I'm sure you don't a lien on your property is best for us just to leave**

**Good luck** 2:41 PM

2:44 PM  I thank you for your work.

(H) **It was my pleasure** 2:44 PM

Monday, May 15, 2017

(H) **Hi I've the plans inspections cards, but I'll put two days of work on your project plus lumber for the mud sills witch I left there si in order for me to return the plans and inspection cards I'd need to collect $ 1,200.00 and I'll give the plans inspection cards and any other documents you might ne**

 VIEW ALL  ⟩

1:25 PM

(H) **?????** 3:00 PM

 Enter message      

**4-54**

# EXHIBIT 5



















**5-63**



























5-76





to sign all papers they need. I hope they don't come up with something else. I'm hoping that that will be all we really need to start I'm as anxious as u guys
8:40 AM

to get this done. Thanks
8:40 AM

Ok I though it would be sooner. Let me know when
8:42 AM

I will they wanted to give me a longer wait but I told the story and that was the soonest she could give me . I will let u know
8:46 AM

The house is probably going







Thanks
10:47 AM

Wed, 13/04/2016

Hi Lupe. I'm still waiting for Hugo to call me. I also need to sit down with u and talk about all the add on's. I know u have given me 100 but I will need more
3:35 PM

money. There is still lots of things to order and to pay the guys. I had asked u for a check on the 1st. But because we haven't gone I haven't asked. So I hope
3:35 PM

we could sit and I could show u that I have been

Enter message



**Martha Fernandez c...**

562▮▮▮▮▮

we could sit and I could show u that I have been spending the money on this project. As so as Hugo calls me I will let u know I haven't forgot about u! The guys
3:35 PM

will be there next week. Hopefully everything goes well n we could pour the concrete next week.
3:35 PM

I hope so because all these problems are falling on me. My husband is mad because no one is working. Louis call me to ask why things are not moving forward. I have my trust on you, i trust that everything is going to get done on time. Please get















**Good night**
9:02 PM

Fri, 22/04/2016

**Hi Lupe just talked to Luis he can't work tomorrow .**
10:24 AM

**That fine**
10:35 AM

Thu, 05/05/2016

**Hi martha is the inspector coming tomorrow? I went bye at 12 and no one was there. Then I went back and there was police everywhere and they were not letting anyone through, just wondering if everything was**



























SAMSUNG

← Martha Fernandez c...    📞  🗑
562

It's bad my son louis had a fracture just like yours. OK get better
12:47 PM

Thank u Lupe n everything is going to be fine with ur project.
12:51 PM

I know
12:52 PM

Mon, 06/06/2016

Its Monday just want to know if you thought of how to solve the problem and start my house? I'm really concerned please go to city hall, and get my all the permits aprove so you can start working on my house.

📎 Enter message    ✉

















SAMSUNG

Martha Fernandez c...
562

tell u that the job will be done. I get the stress ur going through but so am I by getting a job that some else already started. But I knew thing could come up
12:00 PM

like this.
12:00 PM

Ok I hope things get done so construction can start. I'm so stressed I feeling sick.
12:02 PM

I wish I could just snap my fingers at it be done but believe me I'm doing my best.
12:04 PM

Ok

Enter message

6-110





SAMSUNG

Martha Fernandez c...

562

I promise I will start as soon as possible I'm getting all my friend to help me so we could Finnish it ASAP!
1:25 PM

Ok thanks
1:47 PM

Wed, 27/07/2016

10:06 AM

2538 w alma street apt #2 san pedro

Henry faulkstein and associates
3105197733
801 w 9th Street San pedro
12:49 PM

Enter message



# EXHIBIT 6

‹ 



**Martha** ›

My mom has your $500 check 😟 thanks

Apr 4, 2016, 10:11 PM

Ok thanks

Apr 25, 2016, 3:36 PM

Hi, I'm at Kristin indoor practice and its loud in here. What's up?

Just wanted to let u know that even if not looking like much is done. It really is. After the foundation is in the rest is fast. I know u guys are all worried

but try not to, everything is going to fall in place. I doing my best to work with the price I gave u guys. At the end it will work out as long as we all work

together. I'm stressed as much as u guys. Tell ur mom I'm sorry if ur dad is getting upset. That's all.

iMessage

 

       

114

 AT&T 🛜    1:29 PM    🧭 27% 🔋



**Martha >**

May 8, 2016, 9:24 AM

Happy Mother's Day!

Happy Mother's Day

May 18, 2016, 10:27 AM

Hi, how's it going? I just spoke to my mom and she said she hasn't heard from you. We are in mid may and we are still waiting on inspection. I hope you are ok.

Hi I broke my wrist in 2t places n shattered the bones that its pinching my nerve I'm having surgery on Monday. Just talked to ur mom I told her I'm having

someone help me so it could be by December. Talk to u soon.

That must be painful. I'm sorry to hear.

Yes very that is why I'm always

  iMessage 🎤

       

6.115




AT&T 1:29 PM 27%

MC

**Martha >**

May 18, 2016, 10:27 AM

Hi, how's it going? I just spoke to my mom and she said she hasn't heard from you. We are in mid may and we are still waiting on inspection. I hope you are ok.

Hi I broke my wrist in 2t places n shattered the bones that its pinching my nerve I'm having surgery on Monday. Just talked to ur mom I told her I'm having

someone help me so it could be by December. Talk to u soon.

That must be painful. I'm sorry to hear.

Yes very that is why I'm always sleeping with all the drugs I'm taking.

I hope you get well soon.

Thank!

 iMessage





**Martha** ›

May 23, 2016, 3:37 PM

> How much more is this going cost and how long will this get us backed up? It seems like we are not getting anywhere. I'm so frustrated with this project. I'm trying to keep positive but its hard when we haven't moved from the same spot. I know you had a problem with your wrist last week and I hope all is well. I'm just hoping this is all over soon. Now we have to pay more taxes because a wall was not kept up.

Jun 6, 2016, 10:51 AM

Hi Yvette. Just wanted let u guys know that I'm sorry about the delay on ur project but as u know all these changes on the plans r not really my fault I know

it's very stressful as well as for me . I want u to know that even with a broken hand I'm doing the best I can to get this going . Ur mom sent me a text saying

  iMessage 

       

117





**Martha ›**

---

May 23, 2016, 3:37 PM

> How much more is this going cost and how long will this get us backed up? It seems like we are not getting anywhere.  I'm so frustrated with this project.  I'm trying to keep positive but its hard when we haven't moved from the same spot. I know you had a problem with your wrist last week and I hope all is well. I'm just hoping this is all over soon. Now we have to pay more taxes because a wall was not kept up.

---

Jun 6, 2016, 10:51 AM

> Hi Yvette. Just wanted let u guys know that I'm sorry about the delay on ur project but as u know all these changes on the plans r not really my fault I know

> it's very stressful as well as for me . I want u to know that even with a broken hand I'm doing the best I can to get this going . Ur mom sent me a text saying

   iMessage  

       

6118

1:30 PM    27%



**Martha** ›

that ur dad may be divorce her because if this project. from the beginning I told u guys it would take about 1 year . Please let her know that we're not there

understand that I took a job that had already been stated n know I'm paying for it. If I would have done it from the start we would not have so many problems.

So again please try to understand me. Martha.. if anyone of u guys want to talk to me please do so.

yet   She also keeps saying that she gave me to much money but in reality this project is way more expensive .   I'm stressing to but all of u guys need to

I understand.  We are all stressing out.  I thank you for not giving up on us.  My parents are very stressed out.  We have had very bad experiences with other people we

iMessage

5-119



**Martha** >

I understand.  We are all stressing out.  I thank you for not giving up on us.  My parents are very stressed out.  We have had very bad experiences with other people we have hired in the past.   There's also a lot of people asking them why things are going so slow.  I know everyone works differently but please understand them.  I think things will get better once the cement is poured.  I'm hoping something can get done with the inspection and cement pouring this week.

I hope so to but don't worry I'm in til the end.

thank you

Jun 7, 2016, 1:03 PM

Hi just left another message for the engineer i will let u guys know what he said . We will fix this.

iMessage

6-120

1:31 PM    .ııl AT&T 🛜    ◀ 26% 🔋





**Martha ›**

Jun 7, 2016, 1:03 PM

Hi just left another message for the engineer i will let u guys know what he said . We will fix this.



Cool

Thank you

I also left a message for the inspector that is assign to the location . Let's see who calls me first .

Jun 7, 2016, 5:38 PM

I left ur mom a message that I spoke to Zain the one we went to see b he told me he will help in what ever we need . I'll keep u post it

Sorry I missed your call. I'm at Kristins game. I will let her know you called. Thank you

I left her a voice mail.

  iMessage 

       

 AT&T  **1:31 PM**  26%



**Martha** ›

I left her a voice mail.

Cool

I'm taking my meds n they put me to sleep I'll call her after I find out what's the next step.

No problem

Jun 8, 2016, 2:52 PM

Hi Lupe i spoke to the Insector of San Pedro and he said the same thing that I have to take the plans to the west LA guy so I have been leaving messages and no

call backs yet so I'm going to see him tomorrow see what could be done. I will keep u up dated.

I will let her know. Thanks for the update

Jun 9, 2016, 8:48 AM

  iMessage 

        **122**



**Martha** ›

Jun 9, 2016, 8:48 AM

Good morning Lupe I spoke to Chang the engineer he said we have to re summit the plans as new build . He gave me an appt. For Wednesday . I'm taking the plans

back to Hugo. Sorry that's all I could for now .  I sent this to ur mom.

That means our taxes will be higher

I'm not sure if it's going to be much more but that what we need to do. I'm going to try to make it sooner .

What does Hugo have to do and will we be charged for that process? We don't have that extra money.

Not sure

I'll talk to him I'm sure he will work with me

Is he re doing the plans or

iMessage



**Martha** ›

> Is he re doing the plans or modifying them?

Hope he just modify

> Let's just pray for the best

> Thanks for the update

No problem

Jun 10, 2016, 12:56 PM

Hi I spoke to Hugo he said if he has to do it all over he has to charge but not to much I will pay for it. I don't want u guys to stress any more I know u will

have to pay more for the permits hopefully it won't be much more.

Let ur mom know

> Ok

> Thanks

iMessage

all AT&T 📶    1:32 PM    ⬆ 26% 🔋



**Martha ›**

Jun 14, 2016, 12:31 PM

Hi Yvette . Just spoke to Hugo I'm going to me with him tomorrow morning to get the new plans. My meeting is at 2 pm with the city in west LA. I'll let u know.

Let's pray that that will do it to continue . Let ur mom know .thanks

Cool. Thanks

I will continue to pray

God is probably tired of hearing us

Lol! He never is 😩

Jun 15, 2016, 6:08 PM

Any news on your appointment?

Yes I talked with him on the phone today and he said they will review it and get back to me ur mom will have to go with me the next time so

  iMessage 🎤

       

6-125



**Martha >**

Jun 15, 2016, 6:08 PM

Any news on your appointment?

Yes I talked with him on the phone today and he said they will review it and get back to me ur mom will have to go with me the next time so she could sign the

new papers . Unfortunately it will take about a week . The engineer charged 1500 but I paid for that . Please let ur mom know .   They said that they will try

to do it ASAP! I already have everyone waiting for this project so we could Finnish on time. But remember we really started in February after they demo the back

house.

I will let her know.  Thanks for the update

I will continue proving

iMessage





**Martha** >

I will let her know.  Thanks for the update

I will continue praying

Jun 16, 2016, 5:00 PM

Does west LA city hall have our new plans?  The plans that Hugo revised.  I am a little confused.  I know you said you had a meeting in west LA to submit the plans yesterday but you said you talked to them on the phone.

Could I call u

I'm at an indoor game.  It's loud in here

Call me when u can

K

Jun 16, 2016, 6:23 PM

  iMessage 

       

6-127

•ıll AT&T 🛜    1:33 PM    🢔 26% 🔋



**Martha >**

Jun 16, 2016, 6:23 PM

I'll call you tomorrow I'm going to a graduation dinner . Thanks

Jun 20, 2016, 9:29 AM

Good morning Lupe I have the new plans ready for me to take them tomorrow . I'll let u know what he said.

Jun 22, 2016, 4:43 PM

Could u please call me

iMessage
Feb 1, 2017, 10:44 AM

Good morning, wanted to know if there's any update on the plans Hugo has been working on? I'm hoping all goes well tomorrow. I decided to text you because my mom has been having problems with her blood pressure. Hope to receive good news tomorrow. It's been a long year for us and I'm sure the same for you. Thank you

  iMessage 

       

128

 AT&T 1:33 PM 26%



**Martha** >

iMessage
Feb 1, 2017, 10:44 AM

Good morning, wanted to know if there's any update on the plans Hugo has been working on? I'm hoping all goes well tomorrow. I decided to text you because my mom has been having problems with her blood pressure. Hope to receive good news tomorrow. It's been a long year for us and I'm sure the same for you. Thank you

Hi Yvette I'm glad to hear from you. I have everything from Hugo and that should be it. I a also have an appointment with Mr. Shange he couldn't see me the same day but I'll see him on Friday he's the one that gives me the permits. I am sorry for all the delays but it was because all the changes. I will text you as soon as I see Mr. Garcia Thanks

I hope ur mom is feeling better.

  iMessage 

       

129

 AT&T 📶      1:34 PM      ◈ 26% 🔋



**MC**

**Martha** ›

Thank you for your reply

Feb 2, 2017, 10:30 AM

Hi Yvette. I'm so upset with Hugo. Mr Garcia said that Hugo missed somethings else again., so I'm on my way to see hugo so he could fix it now , Mr Garcia said to let him know so he could squeeze me in tomorrow when I see Shange.

Can you get Hugo to fix it today?

Yes that's why I'm going to the office to see him or his dad but they need to do it today.

It would be best to let Garcia know to squeeze you in for tomorrow. I just hope Garcia doesn't change his mind tomorrow. I hope Hugo can get it right today. I don't know why he's forgetting something every week.

  iMessage 

       

130



**Martha** ›

Just talked to Hugo his dad is going to take care of it I told him I needed today and as soon as I get them . I'm waiting there.

Ok

Thank you

Feb 2, 2017, 11:39 AM

Ok what they r asking for is calculation of solar panels and electrical power for cars. I don't know why they r asking for it u guys don't have that kind of car. Hugo doesn't do electrical he is sending it to an Electrition I asked him to please get it done today.

I'm still here waiting to see what the Electrition is going to say

Don't understand why we need electrical power for cars

iMessage

131

AT&T    1:34 PM    26%



**Martha** >

Because that's what they r requesting . I'm trying to find out with the Electrition I'll let u know

Ok

I'm sending Mr Garcia an email now to see if we really need it cuz u don't have that kind of car or getting one.

Ok

Just sent it to him.

These requirements are ridiculous

Can you forward me his email when you receive it. I want to show my mom.

Tell me about it! That's what I've been dealing with all this time.

Ok!

iMessage



**Martha** >

Send me ur email

Yvettewalden80@gmail.com

Let me know if u got it.

Not yet

Ok I tried 3time so I'll send it when I get home from my computer.

K

Feb 2, 2017, 5:18 PM

I just sent it to u. Mr. Garcia replied yes. Now I just need hugo to get that for me.

Feb 2, 2017, 7:54 PM

I didn't get your email. Was Hugo able to correct the plans?

Hope u get this one. Hugo told me he will have them for me tomorrow I

iMessage

133

 AT&T    1:34 PM    26%



**MC**

**Martha >**

Feb 2, 2017, 7:54 PM

I didn't get your email. Was Hugo able to correct the plans?

Hope u get this one. Hugo told me he will have them for me tomorrow I have the appointment at 3 with shange then I'll see Mr. Garcia

This is the appointment I have with the other guy.

Perfect

Thank you

Feb 3, 2017, 1:03 PM

Hi Martha, were you able to get plans from Hugo?

Hi Yvette. Just want to touch base. I'm waiting for the Electrical Engineer to make the plans for electrical they r asking for. I'm not going to hold my breath on him

  iMessage 

       

134



1:35 PM   26%



**Martha** ›

Feb 3, 2017, 1:03 PM

Hi Martha, were you able to get plans from Hugo?

Hi Yvette. Just want to touch base. I'm waiting for the Electrical Engineer to make the plans for electrical they r asking for. I'm not going to hold my breath on him having them today but I'll keep u post it . I have the appointment at 3 but with out the electrical plans I can't summit . I know that it's been taking so long but there's noting I could do. I asked Mr. Garcia if we have to have that and he said we do. I'm so tired of all this. I have never had this much BS in all the yr. I've been doing this. We all r ready for this to be over. I hope u could understand my situation . I know ur mom has heard all this before but what do I do. I'll text ASAP when they call me.

Hopefully plans will be complete

iMessage


-135

**ꞏꞏll AT&T 📶**                    1:35 PM                    🧭 26% 🔋

**‹❶**

(MC)

Martha ›

**Feb 6, 2017,** 10:06 AM

Good morning, any news on the plans?

Good morning. I'm waiting for Hugo to call me back. I'll let u know.

Cool

Thanks

**Feb 7, 2017,** 9:23 AM

Good morning, have you heard anything on our next appointment?

**Feb 7, 2017,** 10:49 AM

Hi Yvette I'm still waiting for hugo the city guy said to let him know when I get the plans back

Ok

Thanks

Hopefully Hugo gets it soon soon

iMessage

136

 AT&T 📶   **1:35 PM**   🔋 26% 🔋



**MC**

**Martha** ›

Done

**Sent as Text Message**

Me too. I'm calling him .

Thank you

**Feb 7, 2017,** 1:58 PM

Hi . Hugo said that the Electrition should have the plans ready for me tomorrow I just need to go pay him. I'm going to email the city guy to see if he could see me tomorrow or Thursday . I'll keep u post it.

Thanks

**Feb 8, 2017,** 2:03 PM

Hi Yvette . I have the plans back and I came to the LA so they could stamp and they did. I just need to have Mr Garcia clear the green that's all I need and been waiting for. I'm just waiting for him to give me an appointment . I'll let you

iMessage

**137**

  

**‖‖AT&T 🤶**    **1:35 PM**    **🡥 26% 🔋**

**MC**

**Martha ›**

Feb 8, 2017, 2:03 PM

Hi Yvette . I have the plans back and I came to the LA so they could stamp and they did. I just need to have Mr Garcia clear the green that's all I need and been waiting for. I'm just waiting for him to give me an appointment . I'll let you know. It's suppose to rain on Friday. Even with the permits we can't do anything till it stops raining but at least we'll have them. We are going to have to sit and talk about all the change from the city. Theirs still a balance of $251,500 and I will still try to do my best to get it done with that but that's why we have to sit and talk about the options. I know that I have received almost $100,000 but I have been paying for all other permits that I didn't have to pay. I hope we could all work it out. Thanks again for your pacientes.

How much extra were all the permits? .

     iMessage    

        **138**

.ıll AT&T 🛜    1:36 PM    🡕 26% 🔋



**Martha** ›

How much extra were all the permits?

I will have to total everything. But it's not just that it's all the extra cost on the material and labor.

I will have my mom text you to set up a date.

Ok

Thanks

Mr. Garcia gave me an appointment for tomorrow at 9:30 and I should be able to see Shang that's the one the gives me the permits.

Cool

Thanks

**Feb 9, 2017, 9:24 AM**

"I'm at the city wish me luck.

iMessage

 **AT&T** 📶 ⚡ **1:36 PM** 📍 **26%** 🔋



**MC**

Martha ›

**Feb 9, 2017, 9:24 AM**

"I'm at the city wish me luck.

Good Luck

Hi Yvette. I'm not going to sugar coat it . This stupid hugo ass keeps doing the shit wrong I don't understand what's happening to him but Mr Garcia told me that's it's not so hard to fix to find someone else to do it for me because hugo is just not getting done. He introduced me to someone there and he said he would help me his wife will do it so I'm waiting for her to call me . I'm done with hugo. If she could do it for me this weekend I could take it back to Mr Garcia Monday or Tuesday . I'm so sorry for trusting hugo to get this done. I'm so upset that I think I have I blood pressure😵

I will let my mom know. Hope you feel better!

📷    iMessage  🎤

       

140



**Martha** ›

Feb 10, 2017, 3:16 PM

Hi Yvette I found some to check the plans. I'll let u know. I'm sorry for this BS but I'll get it done.have a good weekend

Thank you

Enjoy your weekend also

Thanks!

Feb 13, 2017, 10:23 AM

Good morning Yvette. I should have something done this week. I'll keep u post it.

Good morning, hopefully everything works out. Thanks

Yes I'm really getting tired of this all the shit they keep asking for. But I'm hopping it all goes well this time.

K

iMessage

141

 

**Martha >**

Feb 14, 2017, 6:45 PM

Hi, anything on the plans.?

Not yet I'll find out tomorrow.

Things are getting rough for us. It's hard helping my brother pay his two rents. I don't know for how much longer we can do this.

I understand but as soon as we could start it will still take about 6-9 months to Finnish. I keep pushing to get this done. I wish I could do something for you guys but my hands are tied, I have to wait for the stuff to get Finnish so u could take it back to the city. One thing is good that every thing else is already cleared.

Sorry so I could take back.

I know this project has been a nightmare for you guy and I am sorry for that, we all just need a little

iMessage



**Martha >**

I know this project has been a nightmare for you guy and I am sorry for that, we all just need a little more time to see it start but not to much longer promise. 🙏

I regret starting this project. I just hope everything gets done this week. Have a good night

**Feb 16, 2017, 1:18 PM**

Hi, any update on plans?

Hi. I should have them back today but I don't want to call the city until I get them in my hand. I will let u know.

K

Thanks

**Feb 17, 2017, 10:50 AM**

Hi Martha, I assume you didn't get the plans back yesterday. I hope yo

iMessage

143

 AT&T 🛜     **1:36 PM**     🧭 25% 🔋



**MC**

**Martha ›**

Feb 17, 2017, 10:50 AM

> Hi Martha, I assume you didn't get the plans back yesterday. I hope yo get them today and are able to get an appointment asap.

Feb 19, 2017, 8:11 AM

> Good morning, I hope everything is ok with you. I haven't heard from you in a few days.

Feb 19, 2017, 11:01 AM

> Good morning. I'm sorry I haven't been responding I've been so sick this pasted week but still checking on the plans I can't understand why its taking so long to get them back. I feel bad having to tell u guys tomorrow tomorrow and not getting anything back I just hope the the next time I text u is to tell u I have the plans and permits ready to start the work. I'm really on top of this even if it hard to believe. I don't think the city office is open Monday

iMessage 🎤

        144

all AT&T 🛜                    1:36 PM                    25%

< 1                    MC

Martha >

Feb 19, 2017, 11:01 AM

Good morning. I'm sorry I haven't been responding I've been so sick this pasted week but still checking on the plans I can't understand why its taking so long  to get them back. I feel bad having to tell u guys tomorrow tomorrow and not getting anything back I just hope the the next time I text u is to tell u I have the plans and permits ready to start the work. I'm really on top of this even if it hard to believe. I don't think the city office is open Monday but I will do what I can to get them cleared. I know this is a nightmare for all.  Please let your mom know. Thanks

Hope you feel better

Thanks

Feb 21, 2017, 3:11 PM

Hi Yvette. I received the  plans. I just

📷    Ⓐ    iMessage    🎤

          

145

 AT&T 🛜    1:36 PM    25% 🔋



**MC**

Martha >

Feb 19, 2017, 11:01 AM

Good morning. I'm sorry I haven't been responding I've been so sick this pasted week but still checking on the plans I can't understand why its taking so long  to get them back. I feel bad having to tell u guys tomorrow tomorrow and not getting anything back I just hope the the next time I text u is to tell u I have the plans and permits ready to start the work. I'm really on top of this even if it hard to believe. I don't think the city office is open Monday but I will do what I can to get them cleared. I know this is a nightmare for all.  Please let your mom know. Thanks

Hope you feel better

Thanks

Feb 21, 2017, 3:11 PM

Hi Yvette. I received the  plans. I just emailed Mr. García I'm waiting for

iMessage

146

.ul AT&T 📶                    1:37 PM                    ⬆ 25% 🔋





**Martha** ›

Feb 21, 2017, 3:11 PM

Hi Yvette. I received the  plans. I just emailed Mr. García I'm waiting for his response. The guys went to the job site to clean up all the weeds . I will text u as soon as Mr. García send me the appointment. Hopefully its for tomorrow. Please let ur mom know.

Cool


😈 hopefully everything goes well

Thanks

I will keep checking if he has a cancellation. But this is what he gave me.

Ok

Feb 28, 2017, 9:26 AM

Good luck!


Thanks

📷  🅰  Pay  ◎  ◐  ⊕  🎵

147

 AT&T 📶        1:37 PM        🔋 25%





**MC**

**Martha** ›

I have my white blessed candles
lite. I hope we get cleared today.

Love it! Thanks

No problem

Hi Yvette. Mr Garcia cleared it.
Shange will see me tomorrow at 3
for the permits. He didn't have time
for me today. That should be it. I
already spoke to Hugo so he could
start scheduling for inspection.

Nice

Thank you

**Mar 1, 2017, 2:47 PM**

The change order needs to be paid
I'm going to see u u guys could call
and make the payment. This is for
the new build.

**Mar 1, 2017, 3:58 PM**

  iMessage 

       148

.ıll AT&T 🛜    **1:37 PM**    🡥 25% 🔋

< 1

**MC**

**Martha >**

**Mar 1, 2017, 3:58 PM**

How much will that be?

$7200?

What about the $11000 we already paid

**Mar 15, 2017, 3:57 PM**

Any luck?

Yes I'm going to need to go by and pick up a check for the permits but every thing is good

Cool

I will let my mom know

Thanks

I can't pay it it has to be her so I could meet her in San Pedro city hall tomorrow at 9

iMessage

149





**Martha** ›

Sounds good

She will be there

I'm so happy right now.!!

After this I will call for inspection so they could come see the foundation them set up to pour the cement .

I'm sure you are and I know my parents and siblings will also be happy.

My mom will meet you at 9am

Ok thanks

**Mar 22, 2017, 1:47 PM**

Hi, is there any way you can send some of your workers to help dig?

Yes I'll see if I send them tomorrow n Friday. What they r doing is digging the dirt that fell in there tell ur mom that it shouldn't be ?

iMessage



.ıll AT&T 🤍    1:37 PM    🡕 25% 🔋

MC

**Martha ›**

**Mar 22, 2017, 1:47 PM**

Hi, is there any way you can send some of your workers to help dig?

Yes I'll see if I send them tomorrow n Friday. What they r doing is digging the dirt that fell in there tell ur mom that it shouldn't be 2 weeks .

Thanks

**Apr 3, 2017, 12:37 PM**

Hi, Did you get an appointment?

Hi . Yes on Wednesday  at 3

Ok

Thanks

**Apr 13, 2017, 12:58 PM**

Any luck today?





Martha >

So frustrating

I wanted to go back but he said he didn't have anything available today or tomorrow

Are the guys working today?

Please let ur mom know what's going on . No there's noting for them to do.

After you se Shang on Monday, what's the next step?

*see

Get the inspector to come back on Tuesday will call in on Monday for him

So, fixing the plans is the only thing stopping us from pouring cement?

Everything is ready for the cement?

  iMessage 




**Martha** ›

So frustrating

I wanted to go back but he said he didn't have anything available today or tomorrow

Are the guys working today?

Please let ur mom know what's going on . No there's noting for them to do.

After you se Shang on Monday, what's the next step?

*see

Get the inspector to come back on Tuesday will call in on Monday for him

So, fixing the plans is the only thing stopping us from pouring cement?

Everything is ready for the cement?

iMessage

  

        153

**AT&T** 🔋 1:38 PM 🔋 25%

**MC**

**Martha** ›

Yes

Ok

Thanks

I will let my mom know

Have a good weekend

Thanks u too!

**Apr 13, 2017, 3:04 PM**

I have the plans from Hugo. All corrected. I'm going to leave Mr Shang a message to see if he has any cancellation for tomorrow.

Cool

Thanks

**Apr 17, 2017, 9:12 AM**

Good luck

Thanks! I'll text u as soon as he

iMessage

154



**Martha** ›

Thanks! I'll text u as soon as he stamps it.

Cool

Thanks

Apr 17, 2017, 3:49 PM

Any news?

I'm still here

Ok

I'm so upset with all the shit they want but he is stamping it.

What has to be changed?

Now they want a change on the car port but I took care of it had to pay 138. And they need new permit for that. He is going to give me an RTI so ur mom could pull it in San Pedro.

iMessage



Wow

Do we pay for the permit?

We had already paid

No I paid for it so he could stamp it but ur mom has to pull the permits

Ok

$138?

Is that all we need?

Let me know when he stamps it.

Done!!!

Cool

What's the next step?

At Kristin's physical

Driving

156

 AT&T 📶 **1:38 PM** 🧭 25% 🔋





**Martha** ›

**Apr 19, 2017,** 10:45 AM

Good morning, any news on inspection?

Good morning. At 2 today

Cool

Thanks

**Apr 19, 2017,** 5:59 PM

Hi, do you know when they will start pouring cement?

Hi . Not yet I'm waiting for Hugo to get the date I already gave him the money for that. I'll let u know as soon as he lets me know.

Hopefully it's soon. We don't want any more problems with the trenches

Let me know when you get any info

  iMessage 

       

157



**1:38 PM**



Martha >

> Yes I will. I have a question for u. Is ur mom planing on letting me go after I pour, plumbing and first floor joist. Because after that I will need more money. As u know I have been paying for some of the permits and labor and hugo to go take care of what he has. All that has come out off the 100 she gave me . I'm trying to get as much done as I can with what we discussed. 351. All the changes where made because the first architect didn't look at the house well enough. Be honest and let me know. Thanks

My mom hasn't mentioned anything, all I know is that she wanted to see receipts and the framing before giving you any money.

> Ok. I have it and I'm not asking until all that is done.

Ok. I will talk to her

iMessage

158

 AT&T 🛜    **1:38 PM**    🧭 25% 🔋



**MC**

**Martha >**

> Thanks

> If you can speak to Hugo and ask him if he has any dates for us it would be great. I told my brother and sister pouring would happen the next day after inspection passed. The reason I told them it will be done the next day is because that's what we have been told since the inspectors have been coming.

Yes that's right. Im waiting on Hugo to give me a date it should have been the next day but he's the one taking care of that so I'm just waiting for him.

Some times the r booked but as soon as he calls me I will let u know. I will have him call ur mom since they talk.

> Hopefully he calls her soon. My mom is really frustrated and all this affects her health.

  iMessage  🎤

       **159**

 

AT&T 1:39 PM 25%

MC

Martha >

Thanks

I really understand. I'll keep checking with him.

Apr 20, 2017, 12:30 PM

Hey, what's up with Hugo not having money for cement? You hired Hugo and I hope he finds money to start the cement and framing our house. We have been very patient with all this crap. My mom called me and she didn't sound good. My mom is not going to pay for anything else until you complete what you promised. You just told me yesterday that you will not ask for any money and you want her to come up with $4000. You trusted Hugo and he spent the money you gave him. Hugo is your problem so you need to fix this situation. I hope you guys come up with something on Monday.

May 4, 2017, 3:28 PM

  iMessage 

       

160

**MC**

**Martha**

**May 4, 2017, 3:28 PM**

Hi Martha, Can you let me know what's going to happen with our project? Hugo text my mom saying today was his last day.

Sorry I didn't have my phone I was at the doctor with my mom she's having a procedure tomorrow. Could u please call the text will be to long.

Text Message

Ok I just talked to Hugo if the material is ordered he will do the work then after the inspection and I get a check from u the rest will go up without a

problem.

It will have to be ordered tomorrow morning to be delivered Monday.he is going to Finnish all the framing of the house. As I I give him money.

iMessage





**Martha** >

Have ur mom or u call me a little later I'm have my dinner. Thanks

iMessage

As soonest I'd get home, Jonathan from stock gets in at 6:30 am, if you call him early am they'll deliver Monday am, and try to get the trash bin by Monday am too please, thanks This what Hugo sent me.

**May 5, 2017, 2:24 PM**

My mom got a call from a guy stating he was Hugo's brother. He said he is waiting to get reimbursed for the cement work. They need to stop calling my mom.

Just talked to Hugo it was a misunderstanding. He won't be call her again.

Thanks

**May 6, 2017, 2:15 PM**

  iMessage 

       

162

 AT&T    1:40 PM  25% 



MC

Martha >

**May 6, 2017, 2:15 PM**

Hi Martha, my mom wants to pick up the paperwork she's been asking for. We can meet you at the address that's on the contract.  What time are you available today? She text you yesterday, but has not got a reply from you.

Hi Yvette. I gave ur mom all the paper work for u guys need to add everything up. The plans and permit Hugo has them because he is doing the foundation and framing. I don't understand why she needs them unless she's firing me if that's the case have her said me an email stating that she no longer want me to do the work. I'm not the one quitting because theirs still a balance to keep doing  the job.

I will let her know Hugo has everything. She asked me to text you and ask you for the paperwork.

iMessage

163

**MC**

**Martha >**

Yes He needed them for inspection

Do u know why she's asking for them.

All She says is she wants her paperwork.

I still need it if going to keep doing the job. She doesn't need them until I'm done.

Text her, I'm just relating the message to you.

**Read** 5/6/17

Ok

This is what I sent ur mom. I'm not trying to be difficult all I want is to get this done.

Hi Lupe. I don't have the plans or permit Hugo has the because he doing the foundation and framing and he needs them for

iMessage

6164



**Martha** ›

Ok

This is what I sent ur mom. I'm not trying to be difficult all I want is to get this done.

Hi Lupe. I don't have the plans or permit Hugo has the because he doing the foundation and framing and he needs them for inspections.U asked me for receipt and I gave them to u. If ur asking them because u no longer want me to do the job  then just say that. Send me an email saying u will no longer be using me. But just to let u know I'm not the one quitting.  I'm not understanding why u need them. I'm the one that keeps them till the job is done. Hugo is not going to be waiting he has other work to do. He's the one to do it to get the framing done faster. If u don't have the remaining $252 thousand to Finnish the job let me know. That's what u agreed for. Please Lupe I'm trying to help u

iMessage

165




**Martha >**

get this done.

Hi Lupe. I don't have the plans or permit Hugo has the because he doing the foundation and framing and he needs them for inspections.U asked me for receipt and I gave them to u. If ur asking them because u no longer want me to do the job  then just say that. Send me an email saying u will no longer be using me. But just to let u know I'm not the one quitting.  I'm not understanding why u need them. I'm the one that keeps them till the job is done. Hugo is not going to be waiting he has other work to do. He's the one to do it to get the framing done faster. If u don't have the remaining $252 thousand to Finnish the job let me know. That's what u agreed for. Please Lupe I'm trying to help u even if u don't believe me. No one would this job for that little. Ur getting a $850 thousand dollar home for $351

iMessage













# EXHIBIT 7

*Carport*

**654 - 658 W 19th St**



Permit #:
Plan Check #: B15WL04356
Event Code:

**15010 - 30000 - 02966**
Printed: 01/14/16 10.09 AM

| Bldg-New GREEN - MANDATORY | City of Los Angeles - Department of Building and Safety | Issued on:   01/14/2016 |
|---|---|---|
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status:   Issued |
| Regular Plan Check | **AND CERTIFICATE OF OCCUPANCY** | Status Date:   01/14/2016 |
| Plan Check | | |

**1. TRACT** — PECK'S SUBDIVISION OF BLOC BLK 12   **BLOCK** **LOT/s** 25   **ARB** **COUNTY MAP REF #** M R 72-20   **PARCEL ID # (PIN #)** 012B197  888   **2. ASSESSOR PARCEL #** 7462 - 008 - 025

**3. PARCEL INFORMATION**
Area Planning Commission - Harbor
LADBS Branch Office - SP
Council District - 15
Certified Neighborhood Council - Coastal San Pedro
Community Plan Area - San Pedro

Census Tract - 2972.01
District Map - 012B197
Energy Zone - 6
Near Source Zone Distance - 2.4
Thomas Brothers Map Grid - 824-B6

Thomas Brothers Map Grid - 824-B7

**ZONE(S):** R2-1XL

**4. DOCUMENTS**
RENT - YES
ORD - ORD-159098
ORD - ORD-170032-SA2990
CPC - CPC-2000-199-CRA

CPC - CPC-2005-8252-CA
CPC - CPC-30669-GPC
CDBG - LARZ-San Pedro / Wilmington

**5. CHECKLIST ITEMS**
Special Inspect - Anchor Bolts
Special Inspect - Concrete>2.5ksi
Special Inspect - Grade Beam/Caisson

Special Inspect - Structural Observation
Special Inspect - Structural Wood (periodic)
Fabricator Reqd - Structural Steel

Std Work Descr - Seismic Gas Shut Off Valve
Combine Elec - Wrk. per 94.107.2.1.1.1

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**
Owner(s):
CRUZ, JOSE L AND GUADALUPE AND
654 19TH ST, SAN PEDRO CA 90731 --
Tenant

Applicant  (Relationship: Agent for Owner)
WOLE  ADEFESO
,  -- (310) 216-6944

For Cashier's Use Only

W/O #: 51002966

*Carport Permit*

**7. EXISTING USE** — **PROPOSED USE** (07) Carport

**8. DESCRIPTION OF WORK**
(n) carport

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

| BLDG PC By:  Shangqin Xie | DAS PC By: |
|---|---|
| OK for Cashier  Yaqub Mirza | Coord. OK: |
| Signature: | Date: 01/14/2016 |

**11. PROJECT VALUATION**    Final Fee Period
Permit Valuation:   $20,000          PC Valuation:
Sewer Cap ID:                          Total Bond(s) Due:

**12. ATTACHMENTS**
Owner-Builder Declaration
Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call (213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call 311. Outside LA County, call (213) 473-3231.

SP MARH 401023145 1/14/2016 10:09:28 AM

| | |
|---|---|
| BUILDING PERMIT-RES | $348.00 |
| ELECTRICAL PERMIT RES | $90.48 |
| HTG/REF PMT RES | $45.24 |
| PLUMBING PERMIT RES | $90.48 |
| BUILDING PLAN CHECK | $0.00 |
| BUILDING PLAN CHECK | $0.00 |
| PLAN MAINTENANCE | $10.00 |
| EI RESIDENTIAL | $2.60 |
| ONE STOP SURCH | $11.74 |
| SYSTEMS DEVT FEE | $35.21 |
| CITY PLANNING SURCH | $21.48 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $17.90 |
| CA BLDG STD COMMISSION SURCHARGE | $1.00 |
| BUILDING PLAN CHECK | $0.00 |
| **Sub Total:** | **$694.13** |

Permit #: 150103000002966
Building Card #: 20168P55042
Receipt #: 0401029244



* P 1 5 0 1 0 3 0 0 0 0 0 2 9 6 6 F N *

**7-167**

**13. STRUCTURE INVENTORY** (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")    15010 - 30000 - 02966

(P) Height (ZC): +10.7 Feet / 10.7 Feet
(P) Length: +18.5 Feet / 18.5 Feet
(P) Stories: +1 Stories / 1 Stories
(P) Width: +34 Feet / 34 Feet
(P) U Occ. Group: +576 Sqft / 576 Sqft
(P) Parking Req'd for Bldg (Auto+Bicycle): 0 Stalls / 0 Stal
(P) Parking Req'd for Site (Auto+Bicycle): +2 Stalls / 4 Sta
(P) Provided Compact for Site: +1 Stalls / 2 Stalls
(P) Provided Standard for Site: +1 Stalls / 2 Stalls
(P) Type V-B Construction

(P) Floor Construction - Concrete Slab on Grade
(P) Foundation - Continuous Footing
(P) Foundation - Spread (Pad) Footing
(P) Roof Construction - Wood Frame/Sheathing

**14. APPLICATION COMMENTS:**
** Approved Seismic Gas Shut-Off Valve may be required. ** **Customer fill out Primary Renovation Work Sheet**

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (B) ADEFESO, WOLE DAYO | 1608 CENTINELA AVE #13, | INGLEWOOD, CA 90302 | | C63361 | |
| (E) ZHONG, RAYMOND MENG | 2416 W VALLEY BLVD, | ALHAMBRA, CA 91803 | | M27635 | |
| (O) OWNER-BUILDER | | | | 0 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).):

(X) I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year from completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

OR

( ) I, as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____    Policy Number: _____

(X) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Owner-Builder Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, and Final Declaration, and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name  G.CRUZ          Sign _____          Date: 01/14/2016          [X] Owner    [ ] Authorized Agent

**7-168**

**654 - 658 W 19th St**



Permit #:
Plan Check #: B17WL02048
Event Code

**15010 - 30001 - 02966**

Printed: 04/18/17 09 12 AM

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on    04/18/2017 |
|---|---|---|
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status:   Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 04/18/2017 |
| Plan Check | | |

| 1. TRACT | BLOCK | LOT(s) | ARB | COUNTY MAP REF # | PARCEL ID # (PIN #) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|
| PECK'S SUBDIVISION OF BLOC | BLK 12 | 25 | | M R 72-20 | 012B197  888 | 7462 - 008 - 025 |

**3. PARCEL INFORMATION**

| | | |
|---|---|---|
| Area Planning Commission - Harbor | Census Tract - 2972.01 | Thomas Brothers Map Grid - 824-B7 |
| LADBS Branch Office - SP | District Map - 012B197 | |
| Council District - 15 | Energy Zone - 6 | |
| Certified Neighborhood Council - Coastal San Pedro | Near Source Zone Distance - 2.4 | |
| Community Plan Area - San Pedro | Thomas Brothers Map Grid - 824-B6 | |

**ZONE(S): R2-1XL**

**4. DOCUMENTS**

| | |
|---|---|
| RENT - YES | CPC - CPC-2005-8252-CA |
| ORD - ORD-159098 | CPC - CPC-30669-GPC |
| ORD - ORD-170032-SA2990 | CDBG - LARZ-San Pedro / Wilmington |
| CPC - CPC-2000-199-CRA | |

**5. CHECKLIST ITEMS**
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
CRUZ, JOSE L AND GUADALUPE AND
654  19TH ST, SAN PEDRO CA 90731 --

Tenant:

Applicant  (Relationship: Agent for Owner)
WOLE  ADEFESO
,  -- (310) 216-6944

For Cashier's Use Only                        W/O #: 51002966

**7. EXISTING USE**                              **PROPOSED USE**
(07) Carport

**8. DESCRIPTION OF WORK**
Supplemental to 15010-30000-02966. to revise rear setback for approved carport. plan check
fee charged under 13014-30005-03831. no additional work.

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

| BLDG. PC By:  Shangqin Xie | DAS PC By: |
|---|---|
| OK for Cashier:  Chiharu Suzuki | Coord. OK. |
| Signature: | Date: 04/18/2017 |

**11. PROJECT VALUATION**       Final Fee Period

| Permit Valuation:   $501 | PC Valuation:   $0 |
|---|---|
| Sewer Cap ID: | Total Bond(s) Due: |

**12. ATTACHMENTS**
Owner-Builder Declaration
Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845).  Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org.  To speak to a Call Center agent, call
311.  Outside LA County, call (213) 473-3231.

| SP MARH 401030114 4/18/2017 9:12:22 AM | |
|---|---|
| BUILDING PERMIT-RES | $130.00 |
| BUILDING PLAN CHECK | $0.00 |
| EI RESIDENTIAL | $0.50 |
| DEV SERV CENTER SURCH | $4.73 |
| SYSTEMS DEVT FEE | $9.45 |
| CITY PLANNING SURCH | $9.42 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $7.85 |
| CA BLDG STD COMMISSION SURCHARGE | $1.00 |
| BUILDING PLAN CHECK | $27.00 |
| | |
| **Sub Total:** | **$199.95** |

Permit #: 150103000102966
Building Card #: 2017SP57287
Receipt #: 0401038889



**7-169**

**13. STRUCTURE INVENTORY** (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")    15010 - 30001 - 02966

**14. APPLICATION COMMENTS:**

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR-ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (O)  OWNER-BUILDER | | | | 0 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951)

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).)

(X) I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

OR

( ) I, as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are

Carrier: _____    Policy Number _____

(X) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Owner-Builder Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property

| Print Name  GUADALUPE CRUZ | Sign | Date  04/18/2017 | [X] Owner | [ ] Authorized Agent |
|---|---|---|---|---|

**7-170**

**654 - 658 W 19th St**



Permit #:
Plan Check #: B17WL02047
Event Code:

**15014 - 30005 - 03831**

Printed: 04/18/17 09:12 AM

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on: 04/18/2017 |
|---|---|---|
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 04/18/2017 |
| Plan Check | | |

**1. TRACT**      **BLOCK**   **LOT(s)**         **ARB**   **COUNTY MAP REF #**    **PARCEL ID # (PIN #)**    **2. ASSESSOR PARCEL #**
PECK'S SUBDIVISION OF BLOC   BLK 12   25          M R 72-20     012B197  888     7462 - 008 - 025

**3. PARCEL INFORMATION**
Area Planning Commission - Harbor        Census Tract - 2972.01              Thomas Brothers Map Grid - 824-B7
LADBS Branch Office - SP                  District Map - 012B197
Council District - 15                       Energy Zone - 6
Certified Neighborhood Council - Coastal San Pedro   Near Source Zone Distance - 2.4
Community Plan Area - San Pedro          Thomas Brothers Map Grid - 824-B6

**ZONE(S):**   R2-1XL

**4. DOCUMENTS**
RENT - YES                CPC - CPC-2005-8252-CA
ORD - ORD-159098         CPC - CPC-30669-GPC
ORD - ORD-170032-SA2990    CDBG - LARZ-San Pedro / Wilmington
CPC - CPC-2000-199-CRA

**5. CHECKLIST ITEMS**
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**
Owner(s):
CRUZ, JOSE L AND GUADALUPE AND
654 19TH ST, SAN PEDRO CA 90731 --

Tenant:

Applicant: (Relationship: Agent for Owner)
WOLE  ADEFESO -
. -- (310) 216-6944

For Cashier's Use Only              W/O #: 51403831

**7. EXISTING USE**         **PROPOSED USE**
(02) Duplex

**8. DESCRIPTION OF WORK**
Supplemental to 15014-30004-03831 to correct building front yard setback dimension. No
additional work.

**9. # Bldgs on Site & Use**

**10. APPLICATION PROCESSING INFORMATION**
BLDG. PC By:  Shangqin Xie         DAS PC By:
OK for Cashier:  Chihara Suzuki        Coord. OK:
Signature:                       Date: 04/18/2017

**11. PROJECT VALUATION**   Final Fee Period
Permit Valuation: $501       PC Valuation: $0
Sewer Cap ID:              Total Bond(s) Due:

**12. ATTACHMENTS**
Owner-Builder Declaration
Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call
311 Outside LA County, call (213) 473-3231.

```
SP MARH 401030114 4/18/2017 9:12:39 AM
BUILDING PERMIT-RES              $130.00
BUILDING PLAN CHECK               $0.00
E1 RESIDENTIAL                    $0.50
DEV SERV CENTER SURCH             $3.92
SYSTEMS DEVT FEE                  $7.83
CITY PLANNING SURCH               $7.80
MISCELLANEOUS                    $10.00
PLANNING GEN PLAN MAINT SURCH     $6.50
CA BLDG STD COMMISSION SURCHARGE  $1.00
BUILDING PLAN CHECK               $0.00

                    Sub Total:   $167.55
Permit #: 150143000503831
Building Card #: 20178P57288
Receipt #: 0401038890
```



*P150143000503831FN*

**13. STRUCTURE INVENTORY** (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")    15014 - 30005 - 03831

**14. APPLICATION COMMENTS:**

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|
| (O)    OWNER-BUILDER | | | 0 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code. Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).):

(X) I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code. The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

OR

( ) I as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code. The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

(X) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____    Policy Number _____

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Owner-Builder Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name  **GUADALUPE CRUZ**    Sign _____    Date  **04/18/2017**    [X] Owner    [ ] Authorized Agent

**7-172**

**654 - 658 W 19th St**



Permit #
Plan Check #: B17WL01817
Event Code:

**15014 - 30004 - 03831**

Printed: 04/05/17 03:46 PM

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on: 04/05/2017 |
|---|---|---|
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 04/05/2017 |
| Plan Check | | |

**1. TRACT**

| | BLOCK | LOT(S) | ARB | COUNTY MAP REF# | PARCEL ID # (PIN) | 2. ASSESSOR PARCEL# |
|---|---|---|---|---|---|---|
| PECK'S SUBDIVISION OF BLOC | BLK 12 | 25 | | M R 72-20 | 012B197  888 | 7462 - 008 - 025 |

**3. PARCEL INFORMATION**

Area Planning Commission - Harbor
LADBS Branch Office - SP
Council District - 15
Certified Neighborhood Council - Coastal San Pedro
Community Plan Area - San Pedro

Census Tract - 2972.01
District Map - 012B197
Energy Zone - 6
Near Source Zone Distance - 2.4
Thomas Brothers Map Grid - 824-B6

Thomas Brothers Map Grid - 824-B7

ZONE(S): R2-1XL

**4. DOCUMENTS**

RENT - YES
ORD - ORD-159098
ORD - ORD-170032-SA2990
CPC - CPC-2000-199-CRA

CPC - CPC-2005-8252-CA
CPC - CPC-30669-GPC
CDBG - LARZ-San Pedro / Wilmington

**5. CHECKLIST ITEMS**

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
CRUZ, JOSE L AND GUADALUPE AND
654 19TH ST, SAN PEDRO CA 90731 −

Tenant:

Applicant:  (Relationship: Agent for Owner)
WOLE  ADEFESO -
. − (310) 216-6944

For Cashier's Use Only

W/O #: 51403831

**7. EXISTING USE**

(02) Duplex

**PROPOSED USE**

**8. DESCRIPTION OF WORK**

Supplemental to permit number 15014-30002-03831, to revise site plan with 4' front porch
and balcony. No additional work, no final fee.

**9. # Bldgs on Site & Use**

**10. APPLICATION PROCESSING INFORMATION**

| BLDG. PC By: Shangqin Xie | DAS PC By: |
|---|---|
| OK for Cashier: Shangqin Xie | Coord OK: |
| Signature: | Date: 04/05/2017 |

**11. PROJECT VALUATION**    Final Fee Period

| Permit Valuation:   $0 | PC Valuation:   $0 |
|---|---|
| Sewer Cap ID: | Total Bond(s) Due: |

**12. ATTACHMENTS**
Owner-Builder Declaration
Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call
311. Outside LA County, call (213) 473-3231.

WL MARI 302052870 4/5/2017 3:46:06 PM

| BUILDING PERMIT-RES | $0.00 |
|---|---|
| BUILDING PLAN CHECK | $0.00 |
| DEV SERV CENTER SURCH | $0.00 |
| SYSTEMS DEVT FEE | $0.00 |
| CITY PLANNING SURCH | $0.00 |
| MISCELLANEOUS | $0.00 |
| PLANNING GEN PLAN MAINT SURCH | $0.00 |
| CA BLDG STD COMMISSION SURCHARGE | $0.00 |
| BUILDING PLAN CHECK | $0.00 |
| | |
| Sub Total: | $0.00 |

Permit #: 150143000403831
Building Card #: 2017WL79217
Receipt #: 0302093961



*P150143000403831FM*

**7-173**

**13. STRUCTURE INVENTORY** (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")

15014 - 30004 - 03831

(P) Floor Area (ZC): -66 Sqft / 3172 Sqft
(P) Height (ZC): 0 Feet / Feet
(P) Length -2 Feet / 61 Feet
(P) Stories: 0 Stories / Stories
(P) Width: 0 Feet / Feet
(P) Dwelling Unit. 0 Units / Units
(P) R3 Occ. Group: -66 Sqft / 3172 Sqft
(P) Parking Req'd for Bldg (Auto+Bicycle): 0 Stalls / Stall

**14. APPLICATION COMMENTS:**

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

**16. CONTRACTOR, ARCHITECT & ENGINEER NAME** | **ADDRESS** | | **CLASS** | **LICENSE #** | **PHONE #**
| (E) | ADEFESO, WOLE DAYO | 1608 CENTINELA AVE #13, | INGLEWOOD, CA 90302 | C63361 | |
| (O) | OWNER-BUILDER | | | 0 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).):

(X) I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code. The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year from completion, the owner -builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

OR

( ) I, as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are

Carrier _____ Policy Number _____

(X) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions

WARNING FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827 5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Owner-Builder Declaration, Workers Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, and Final Declaration, and

(2) This permit is being obtained with the consent of the legal owner of the property

Print Name: GUADALUPE CRUZ    Sign. _____    Date: 04/05/2017    (X) Owner    ( ) Authorized Agent

7-174

**654 – 658 W 19th St**



Permit #:

Plan Check # B16WL02017

Event Code:

**15014 - 30001 - 03831**

Printed 04/20/16 02:44 PM

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on: 04/20/2016 |
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 04/20/2016 |
| Plan Check | | |

| 1. TRACT | BLOCK | LOT(s) | | ARB | COUNTY MAP REF # | PARCEL ID # (PIN) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|---|
| PECK'S SUBDIVISION OF BLOC | BLK 12 | 25 | | | M R 72-20 | 012B197 888 | 7462 - 008 - 025 |

**3. PARCEL INFORMATION**

Area Planning Commission - Harbor     Census Tract - 2972.01     Thomas Brothers Map Grid - 824-B7
LADBS Branch Office - SP     District Map - 012B197
Council District - 15     Energy Zone - 6
Certified Neighborhood Council - Coastal San Pedro     Near Source Zone Distance - 2.4
Community Plan Area - San Pedro     Thomas Brothers Map Grid - 824-B6

**ZONES(S):** R2-1XL

**4. DOCUMENTS**

RENT - YES     CPC - CPC-2005-8252-CA
ORD - ORD-159098     CPC - CPC-30669-GPC
ORD - ORD-170032-SA2990     CDBG - LARZ-San Pedro / Wilmington
CPC - CPC-2000-199-CRA

**5. CHECKLIST ITEMS**

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
CRUZ, JOSE L AND GUADALUPE AND
654 19TH ST, SAN PEDRO CA 90731 –

Tenant:

Applicant   (Relationship: Agent for Owner)
WOLE  ADEFESO -
. – (310) 216-6944

**For Cashier's Use Only**

W/O #: 51403831

H (310) 575 8036

**7. EXISTING USE**     **PROPOSED USE**

(01) Dwelling - Single Family

**8. DESCRIPTION OF WORK**

Supplemental to permit number 15014-30000-03831, to revise structural foundation plan of
permitted addition foundation. No change of original scope of work, no additional fee
charged.

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

BLDG. PC By: Shangqin Xie     DAS PC By:
OK for Cashier: Shangqin Xie     Coord. OK:
Signature:     Date: 04/20/2016

| **11. PROJECT VALUATION** | Final Fee Period | |
| Permit Valuation: $0 | | PC Valuation: |
| Sewer Cap ID: | | Total Bond(s) Due: |

**12. ATTACHMENTS**
Owner-Builder Declaration
Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call
311. Outside LA County, call (213) 473-3231.

WL MARI 302041530 4/20/2016 2:44:03 PM

| | |
|---|---|
| BUILDING PERMIT-RES | $0.00 |
| BUILDING PLAN CHECK | $0.00 |
| ONE STOP SURCH | $0.00 |
| SYSTEMS DEVT FEE | $0.00 |
| CITY PLANNING SURCH | $0.00 |
| MISCELLANEOUS | $0.00 |
| PLANNING GEN PLAN MAINT SURCH | $0.00 |
| CA BLDG STD COMMISSION SURCHARGE | $0.00 |
| BUILDING PLAN CHECK | $0.00 |
| **Sub Total:** | **$0.00** |

Permit #: 150143000103831
Building Card #: 2016WL71887
Receipt #: 0302069193

* P 1 5 0 1 4 3 0 0 0 1 0 3 8 3 1 F N *

**7-175**

**13. STRUCTURE INVENTORY** (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")    15014 - 30001 - 03831

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**14. APPLICATION COMMENTS:**

**customer filled out primary renovation work form**

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (E)   ESPINO, MANUEL A | 12109 WOODRUFF AVE, | DOWNEY, CA 90241 | C55526 | |
| (O)   OWNER-BUILDER | | | | 0 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code), or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500)):

(X)  I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

OR

( )  I, as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( )  I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( )  I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: _____    Policy Number: _____

(X)  I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1)  I accept all the declarations above namely the Owner-Builder Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, and Final Declaration; and

(2)  This permit is being obtained with the consent of the legal owner of the property.

Print Name:  GUADALUPE CRUZ    Sign _____    Date  04/20/2016    [X] Owner    [ ] Authorized Agent

**7-176**

# EXHIBIT 8



GAFFEY STREET

19TH STREET

ALLEY

ALLEY

LEGEND:
CONC = CONCRETE
ASS = ASSUMED
ELEV = ELEVATION

BENCHMARK:
SET "+" ON CONCRETE WALK
ASSUMED ELEV: 100.00

LEGAL DESCRIPTION:
LOT 25, PECK'S SUBDIVISION OF
BLOCK 12, CAROLINA TRACT,
M.R. 72, PAGE 20
KNOWN AS APN: 7462-008-025

JOB ADDRESS:
19TH STREET W, SAN PEDRO, CA

SURVEY NOTES:
ALL INFORMATION SHOWN ON THE
DRAWING IS GIVEN AS THE BEST
PRESENT KNOWLEDGE AND PERFORMED
WITHIN GENERALLY ACCEPTED
SURVEYING PRACTICE BUT WITHOUT
GUARANTEE OF ACCURACY, WHERE
ACTUAL CONDITIONS CONFLICT WITH
THE DRAWING, THEY SHALL BE
REPORTED TO THE SURVEYOR SO THAT
THE PROPER REVISIONS MAY BE MADE.

THE BEARING WEST AS THE
CENTERLINE OF 19TH STREET AS
SHOWN ON PECK'S SUBDIVISION OF
BLOCK 12, CAROLINA TRACT WAS USED
AS THE BASIS OF BEARING ON THIS
MAP.

SCALE 1" = 20'

NORTH

TOPOGRAPHIC LAYOUT
654 W. 19TH STREET, SAN PEDRO CA 90731
APN: 7482-008-025
CITY OF SAN PEDRO, COUNTY OF LOS ANGELES

AMB Planning & Design
100 1/2 Judge John Aiso, Suite 205
Los Angeles, Ca 90005
Tel 818.435.0160
E-mail: arthurarno@yahoo.com

8-178

654 - 658 W 19th St

Pennit Application # : **15014 - 30002 - 03831**

Bldg-New
1 or 2 Family Dwelling
Plan Check

City of Los Angeles - Department of Building and Safety

## PLOT PLAN ATTACHMENT

Plan Check #: B16WL06268
Initiating Office: WEST LA
Printed on: 03/15/17  15:27:15



Carport under
15010-30000 - 02966

(N) duplex.

New Duplex

READY TO ISSUE

MAR 15 2017

3/15/17

30'    19TH STREET

COUNCIL DISTRICT: 15    INSPECTION DISTRICT: R5151

PLOT PLAN
8-180



# EXHIBIT 9







●●○○○ AT&T 4:12 PM 4%

Vanderbilt Mortgage and Finance, Inc.

1-800-970-7250

Vanderbilt Mortgage and Finance, Inc.

HOME | E-PAY | APPLY FOR A HOME LOAN | CAREERS | CONTACT US | FAQ | LOG OUT

ONLINE INFORMATION

- Loan Summary
- Statements
- Payment Activity
- Payoff Request
- Insurance
- Document Request
- FICO® Score Detail

Make your FREE ONLINE Payment Today! Pay Now

FICO SCORE

## Loan Summary

Here is the latest payment and balance information on your Vanderbilt Home Loan. Managing your mortgage has never been easier!

GO paperless — Find Out How

| | | |
|---|---|---|
| **Next Monthly Payment Due** | | |
| Payment Due Date | 08/01/2017 | |
| Auto Draft Payment | No | Enroll |
| Principal/Interest Payment | $1,988 13 | |
| Current Amount Due | $1,988 13 | |
| Total Amount Due | $1,988.13 | |
| **Last Amount Received** | $1,888.13 | |
| Date Applied | 07/15/2017 | |
| Principal | $234.17 | |
| Interest | $1,753.96 | |
| Total | $1,888.13 | |
| **My Loan Summary** | | |
| Principal Balance | $372,786.19 | Request a payoff quote. |
| Principal Paid YTD | $1,612 96 | |
| Interest Paid YTD | $12,303.95 | This may not be the amount reported to the IRS. View your Interest Paid. |
| Fixed Interest Rate | 6.49% | |
| Contract Date | 07/25/2007 | |
| Original Loan Amount | $394,100.00 | |
| Original Term | 30 years | |

MY INFORMATION

YVETTE WALDEN

Previous Login:
07/19/2017 at 4:41 PM ET

Email Address:
[redacted]@yahoo.com

Loan Number:[redacted]834

Mailing Address:
658 W 19th St
San Pedro, CA 90731

Home Location:
658 W 19th St
San Pedro, CA 90731

Log Out | Questions?

Make your FREE ONLINE Payment Today! Pay Now

View other payment options

© 2000-2017 Vanderbilt Mortgage and Finance, Inc. All rights reserved

About Vanderbilt | Careers | Licensing | Privacy/Legal | Foreclosure Prevention | NMLS Consumer Access | Contact Us NMLS # 1561

# EXHIBIT 10

. 1/24/2019



1/24/2019

.ıl AT&T 🛜                    10:53 AM                    🧭 62% 🔋 ⚡

<                           May 2, 2017                          Edit
                            12:17 PM



**10-185**

1/24/2019



April 28, 2017
7:07 PM

.ıll AT&T 🛜                10:52 AM                🢔 62% 🔋 ⚡

〈              November 10, 2016              Edit
                    2:53 PM



**10-187**

1/24/2019

.ıl AT&T 📶          **10:50 AM**          🡕 60% 🔋 ⚡

< 

**April 9, 2016**
9:43 AM

Edit



**10-188**

1/24/2019

▪ıll AT&T 📶          10:49 AM          🡅 60% 🔋 ⚡

‹          **March 16, 2016**          Edit
3:21 PM



  

  

**10-189**

1/24/2019



March 15, 2016
3:07 PM

10-190

1/24/2019

.ıll AT&T 📶                    **10:48 AM**                    ◀ 60% 🔋 ⚡

<     **December 14, 2015**                    Edit
5:27 PM



1/24/2019

IMG_7431.PNG

.ıll AT&T 📶        10:48 AM        🖈 60% 🔋 ⚡

⟨        **February 9, 2016**        Edit
              10:14 AM



1/24/2019

IMG_7430.PNG

**●ıll AT&T 🤏**                **10:48 AM**                🡕 **60% ▭ 🗲**

**February 9, 2016**
10:13 AM

‹                                                                    Edit



1/24/2019
IMG_7428.PNG

.ıll AT&T 🛜                    10:48 AM                    🧭  59% 🔋 ⚡

< 

**February 1, 2016**
11:50 AM

Edit



1/24/2019



**10-195**

# EXHIBIT 11

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Martha**<br>First name | _____<br>First name |
| | | **Alicia**<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Fernandez**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5890 | |

Case 2:18-bk-18159-RK   Doc 1   Filed 07/17/18   Entered 07/17/18 11:08:41   Desc
Main Document      Page 2 of 48

Debtor 1  __Martha Alicia Fernandez__                                                    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):
☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**3114 E 17th Street
Long Beach, CA 90804**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1 __Martha Alicia Fernandez__    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   Martha Alicia Fernandez       Case number *(if known)* _____

---

**Part 3:**  Report About Any Businesses You Own as a Sole Proprietor

12.  Are you a sole proprietor of any full- or part-time business?

   ■ No.    Go to Part 4.

   ☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

   ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐   None of the above

---

13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

   ■ No.    I am not filing under Chapter 11.

   ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

   ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

   ■ No.

   ☐ Yes.   What is the hazard?    _____

      If immediate attention is needed, why is it needed?    _____

      Where is the property?    _____
      Number, Street, City, State & Zip Code

---

Debtor 1    __Martha Alicia Fernandez__    Case number *(if known)* _____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Martha Alicia Fernandez**                                                    Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Martha Alicia Fernandez_ (signature)

**Martha Alicia Fernandez**
Signature of Debtor 1                                    Signature of Debtor 2

Executed on    **7 / 16 / 18**                          Executed on _____
    MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1    **Martha Alicia Fernandez**
_____                                     Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____          Date    ⟋ ₁₀  2₀₁₈
Signature of Attorney for Debtor                           MM / DD / YYYY

**Gary S. Saunders SBN 144385**
Printed name

**SAUNDERS LAW GROUP, LTD**
Firm name

**1891 California Ave., Suite 102**
**Corona, CA 92881**
Number, Street, City, State & ZIP Code

Contact phone    **951) 272-9114**                Email address    gary@saunderslawoffice.com

**144385 CA**
Bar number & State

---

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Corona_ , California.

Date: _7/16/18_

_Martha Alicia Fernandez_ (signature)

**Martha Alicia Fernandez**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**
                                                                      **11-203**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................................ | $ 14,826.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................................... | $ 14,826.00 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 20,974.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | $ 186,296.00 |
| **Your total liabilities** | $ 207,270.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ 3,658.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | $ 3,532.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       Summary of Your Assets and Liabilities and Certain Statistical Information       page 1 of 2

Debtor 1   **Martha Alicia Fernandez**                                                  Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**    $          **3,560.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $          0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $          0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $          0.00 |
| 9d. Student loans. (Copy line 6f.) | $          0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $          0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$          0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $          0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make: **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Sierra** | ☑ Debtor 1 only | |
| | Year: **2004** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **172660** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | **$2,544.00** / **$2,544.00** |

| 3.2 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Soul** | ☑ Debtor 1 only | |
| | Year: **2016** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **42,388** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | **$8,180.00** / **$8,180.00** |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

Debtor 1    **Martha Alicia Fernandez** _____    Case number *(if known)* _____

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
     pages you have attached for Part 2. Write that number here.................................................=>    | **$10,724.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Furniture and Appliances | $1,852.00 |
|---|---|

**7.  Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Televisions, Cell phones, Stereo, and Computer | $1,900.00 |
|---|---|

**8.  Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

**10.  Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

**11.  Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Clothes | $50.00 |
|---|---|

**12.  Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Watches | $200.00 |
|---|---|

**13.  Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

11-207

Debtor 1    **Martha Alicia Fernandez**                                    Case number *(if known)*

14. Any other personal and household items you did not already list, including any health aids you did not list
   ■ No
   ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here** ...........................................................................

| | $4,002.00 |

<br>

| Part 4: | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
      institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes...........................          Institution name:

      17.1.   **Checking Account**   **Chase Bank**                                   **$100.00**

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                     Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                     Type of account:               Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                                    Schedule A/B: Property                                                page 3

Debtor 1   **Martha Alicia Fernandez**                                   Case number *(if known)* _____

■ No
☐ Yes............   Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                      Beneficiary:                      Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

Official Form 106A/B                    Schedule A/B: Property                                   page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Martha Alicia Fernandez**                                   Case number *(if known)* _____

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here**..........................................................................................................    | **$100.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |

37  **Do you own or have any legal or equitable interest in any business-related property?**

▪ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**<br>If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

▪ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

▪ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ...........................................................................................    | **$0.00** |

56.  **Part 2: Total vehicles, line 5**                                            **$10,724.00**

57.  **Part 3: Total personal and household items, line 15**                       **$4,002.00**

58.  **Part 4: Total financial assets, line 36**                                   **$100.00**

59.  **Part 5: Total business-related property, line 45**                          **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                 **$0.00**

61.  **Part 7: Total other property not listed, line 54**                        + **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$14,826.00**    Copy personal property total    **$14,826.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                                | **$14,826.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2004 GMC Sierra 172660 miles**<br>Line from *Schedule A/B*: **3.1** | $2,544.00 | ■ | $2,544.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Furniture and Appliances**<br>Line from *Schedule A/B*: **6.1** | $1,852.00 | ■ | $1,852.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Televisions, Cell phones, Stereo, and Computer**<br>Line from *Schedule A/B*: **7.1** | $1,900.00 | ■ | $1,900.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $50.00 | ■ | $50.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Watches**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | C.C.P. § 703.140(b)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**11-211**

Debtor 1    **Martha Alicia Fernandez** _____    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking Account: Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■  $100.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1    Kia Motors Finance Co**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**2016 Kia Soul 42,388 miles** | $20,974.00 | $8,180.00 | $12,794.00 |

**Kia Motors Finance Co**
Creditor's Name

**PO Box 20825
Fountain Valley, CA
92728**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Auto Loan

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    | $20,974.00 |
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    | $20,974.00 |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**11-213**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

  ■ No. Go to Part 2.

  ☐ Yes.

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

  ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Amex** | Last 4 digits of account number | 6613 | $5,266.00 |
|---|---|---|---|---|

| Nonpriority Creditor's Name | | |
|---|---|---|
| **Correspondence/Bankruptcy** | When was the debt incurred? | **Opened 06/16  Last Active 6/03/18** |
| **Po Box 981540** | | |
| **El Paso, TX 79998** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

Debtor 1   **Martha Alicia Fernandez**                                                            Case number *(if know)*

---

| 4.2 | **Amex** | Last 4 digits of account number   3333 | **$1,810.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981540**                          **Opened 11/16  Last Active**
**El Paso, TX 79998**                       When was the debt incurred?   6/19/18
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Credit Card**

---

| 4.3 | **Capital One** | Last 4 digits of account number   6974 | **$3,103.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**                           **Opened 06/15  Last Active**
**Salt Lake City, UT 84130**               When was the debt incurred?   3/30/18
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Credit Card**

---

| 4.4 | **Chase Card Services** | Last 4 digits of account number   0837 | **$3,706.00** |

Nonpriority Creditor's Name
**Correspondence Dept**
**Po Box 15298**                           **Opened 12/15  Last Active**
**Wilmington, DE 19850**                    When was the debt incurred?   4/27/18
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Credit Card**

---

Debtor 1    **Martha Alicia Fernandez** _____    Case number (if know) _____

| 4.5 | **Citibank/Best Buy** | Last 4 digits of account number    **6455** | **$4,485.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 790441**
**St. Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/15  Last Active**
**3/20/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.6 | **Citibank/Sears** | Last 4 digits of account number    **4940** | **$763.00** |

Nonpriority Creditor's Name
**Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/16  Last Active**
**4/21/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.7 | **Discover Financial** | Last 4 digits of account number    **5152** | **$1,215.00** |

Nonpriority Creditor's Name

**Po Box 3025**
**New Albany, OH 43054**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/16  Last Active**
**6/11/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1    **Martha Alicia Fernandez**    Case number (if know) _____

---

| 4.8 | **Kia Motors Finance Co** | Last 4 digits of account number    5931 | $20,974.00 |

Nonpriority Creditor's Name

**Po Box 20825**
**Fountain Valley, CA 92728**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **Opened 06/16  Last Active**
**4/17/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Automobile**

---

| 4.9 | **Kohls/Capital One** | Last 4 digits of account number    3643 | $2,646.00 |

Nonpriority Creditor's Name

**Kohls Credit**
**Po Box 3120**
**Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **Opened 12/13  Last Active**
**3/21/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

---

| 4.10 | **Nordstrom FSB** | Last 4 digits of account number    9173 | $5,776.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**Po Box 6555**
**Englewood, CO 80155**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **Opened 02/15  Last Active**
**4/22/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

Debtor 1   **Martha Alicia Fernandez**                                    Case number (if known)

---

| 4.1 1 | **Syncb/Ashley Homestore** | Last 4 digits of account number   **8595** | **$1,212.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 09/15  Last Active 3/21/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.1 2 | **Syncb/Toys "R" Us** | Last 4 digits of account number   **4426** | **$5,340.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965004**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 06/15  Last Active 4/03/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.1 3 | **Yvette Walden** | Last 4 digits of account number   **1235** | **$130,000.00** |

Nonpriority Creditor's Name
**C/O John McGowan Attorney**
**For Plaintiff**
**445 West 7th Street Suite I**
**San Pedro, CA 90731**

When was the debt incurred?   **6/14/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1    __Martha Alicia Fernandez__                            Case number (if know) _____

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 186,296.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 186,296.00 |

Fill in this information to identify your case:

| Debtor 1 | **Martha Alicia Fernandez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**
Name

Number   Street

City              State        ZIP Code

**2.2**
Name

Number   Street

City              State        ZIP Code

**2.3**
Name

Number   Street

City              State        ZIP Code

**2.4**
Name

Number   Street

City              State        ZIP Code

**2.5**
Name

Number   Street

City              State        ZIP Code

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.1 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

| 3.2 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

Official Form 106H
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 1
Best Case Bankruptcy

**11-221**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Martha Alicia Fernandez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Business Owner** | |
| | Employer's name | **First Choice Remodeling** | |
| | Employer's address | **3114 E. 17th Street**<br>**Long Beach, CA 90804** | |
| | How long employed there? | **14 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Martha Alicia Fernandez**                                             Case number (if known) _____

|  |  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
|  | Copy line 4 here | | 4. | $ 0.00 | $ N/A |
| **5.** | **List all payroll deductions:** | | | | |
|  | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
|  | 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
|  | 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
|  | 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
|  | 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
|  | 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
|  | 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
|  | 5h. | Other deductions. Specify: _____ | 5h. + | $ 0.00 + | $ N/A |
| **6.** | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 0.00 | $ N/A |
| **7.** | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 0.00 | $ N/A |
| **8.** | **List all other income regularly received:** | | | | |
|  | 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|  | 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
|  | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 98.00 | $ N/A |
|  | 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
|  | 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
|  | 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
|  | 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
|  | 8h. | Other monthly income. Specify:  **Dividend Distribution from Corportion** | 8h. + | $ 3,560.00 + | $ N/A |
| **9.** | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 3,658.00 | $ N/A |
| **10.** | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 3,658.00 + $ N/A = | $ 3,658.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____      11.   +$        0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | |
|---|---|
| 12. | $ 3,658.00 |

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
- ☒ No.
- ☐ Yes. Explain: [_____]

---

**Fill in this information to identify your case:**

Debtor 1    **Martha Alicia Fernandez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

---

Official Form 106J

## Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No |
   | Mother | 71 | ■ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do you expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 550.00 |
|---|---|---|---|
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

---

**11-224**

Debtor 1   **Martha Alicia Fernandez**                    Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 120.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 62.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 700.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 280.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 500.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 470.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,532.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,532.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,658.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,532.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 126.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

�■ No.
☐ Yes.      Explain here:

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Martha Alicia Fernandez** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _____        x _____

**Martha Alicia Fernandez**                Signature of Debtor 2
Signature of Debtor 1

Date    7/16/18                Date _____

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**11-226**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $42,720.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    __Martha Alicia Fernandez_____    Case number *(if known)* _____

---

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■    No
☐    Yes. Fill in the details.

| Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    **No.**    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■    **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

Debtor 1    **Martha Alicia Fernandez**    Case number *(if known)*

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☐ No
     ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Yvette Walden et al. v. First Choice Remodeling Corp., Martha Fernandez<br>NC 061235 | | Los Angeles Superior Court<br>275 Magnolia<br>Long Beach, CA 90802 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

     ■ No. Go to line 11.
     ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

     ■ No
     ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

     ■ No
     ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

     ■ No
     ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

     ■ No
     ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1    **Martha Alicia Fernandez**    Case number *(if known)* _____

---

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)**

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

Debtor 1    **Martha Alicia Fernandez**

Case number (if known) _____

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**11-231**

Debtor 1    **Martha Alicia Fernandez** _____    Case number *(if known)* _____

---

25. Have you notified any governmental unit of any release of hazardous material?

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
   |---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

   | Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street,<br>City, State and ZIP Code) | Nature of the case | Status of the<br>case |
   |---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ■ No. None of the above applies. Go to Part 12.

   ☐ Yes. Check all that apply above and fill in the details below for each business.

   | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
   |---|---|---|

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ■ No
   ☐ Yes. Fill in the details below.

   | Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
   |---|---|

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Martha A Fernandez* (signature)

_____
**Martha Alicia Fernandez**
**Signature of Debtor 1**

Signature of Debtor 2

Date    **7/16/18**          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor 1    __Martha Alicia Fernandez__    Case number (if known) _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Martha Alicia Fernandez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Kia Motors Finance Co**<br><br>Description of property securing debt: **2016 Kia Soul 42,388 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**11-234**

Debtor 1    __Martha Alicia Fernandez__                                    Case number *(if known)* _____

| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____    X _____
__Martha Alicia Fernandez__                          Signature of Debtor 2
Signature of Debtor 1

Date    7/16/18                              Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**11-235**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Martha Alicia Fernandez**

Debtor(s)

Case No.

Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/10/18

*Date*

*Gary S. Saunders SBN 144385*
*Signature of Attorney*
**SAUNDERS LAW GROUP, LTD**
**1891 California Ave., Suite 102**
**Corona, CA 92881**
**951) 272-9114   Fax: 951) 270-5250**
gary@saunderslawoffice.com
*Name of law firm*

---

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Martha Alicia Fernandez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 3,560.00 | $ |
|---|---|---|---|

Debtor 1   **Martha Alicia Fernandez**                                    Case number *(if known)* _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation** — $ 0.00   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____ 0.00

For your spouse ........................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ 0.00   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

$ 0.00   $ _____

$ 0.00   $ _____

Total amounts from separate pages, if any.   + $ 0.00   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 3,560.00   + $ _____   = $ 3,560.00

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .............   Copy line 11 here=>   $ 3,560.00

Multiply by 12 (the number of months in a year)   x 12

12b. The result is your annual income for this part of the form   12b.   $ 42,720.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **CA**

Fill in the number of people in your household.   **2**

Fill in the median family income for your state and size of household.   13.   $ 73,162.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Martha Alicia Fernandez_ (signature)

**Martha Alicia Fernandez**
Signature of Debtor 1

Date _7/16/18_
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Gary S. Saunders SBN 144385**<br>**1891 California Ave., Suite 102**<br>**Corona, CA 92881**<br>**951) 272-9114 Fax: 951) 270-5250**<br>California State Bar Number: 144385 CA<br>gary@saunderslawoffice.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Martha Alicia Fernandez** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                               Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _7/16/18_

                Signature of Debtor 1

Date: _____

                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _7/10/18_

                Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**
**11-239**

Martha Alicia Fernandez
3114 E 17th Street
Long Beach, CA 90804


Gary S. Saunders SBN
SAUNDERS LAW GROUP, LTD
1891 California Ave., Suite 102
Corona, CA 92881


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179


Citibank/Sears
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Discover Financial
Po Box 3025
New Albany, OH 43054

Kia Motors Finance Co
Po Box 20825
Fountain Valley, CA 92728


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201


Nordstrom FSB
Attn: Bankruptcy Department
Po Box 6555
Englewood, CO 80155


Syncb/Ashley Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/Toys "R" Us
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896


Yvette Walden
C/O John McGowan Attorney
For Plaintiff
445 West 7th Street Suite I
San Pedro, CA 90731

Martha Alicia Fernandez
3114 E 17th Street
Long Beach, CA 90804


Gary S. Saunders SBN
SAUNDERS LAW GROUP, LTD
1891 California Ave., Suite 102
Corona, CA 92881


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179


Citibank/Sears
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Discover Financial
Po Box 3025
New Albany, OH 43054

Kia Motors Finance Co
Po Box 20825
Fountain Valley, CA 92728


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201


Nordstrom FSB
Attn: Bankruptcy Department
Po Box 6555
Englewood, CO 80155


Syncb/Ashley Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/Toys "R" Us
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896


Yvette Walden
C/O John McGowan Attorney
For Plaintiff
445 West 7th Street Suite I
San Pedro, CA 90731

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **PLAINTIFF GUADALUPE CRUZ TRIAL DECLARATION** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/12/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page.

- **M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com**
- **Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com**
- **Gary S Saunders    Linda@saunderslawoffice.com, Gary@saunderslawoffice.com;Madison@saunderslawoffice.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**II.    SERVED BY U.S. MAIL:** On **2/12/2020** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**Honorable Robert N. Kwan**
**United States Bankruptcy Court**
**Central District of California**
**255 E. Temple Street, Suite 1682**
**Los Angeles, CA 90012**

**Guadalupe L. Cruz**
**Jose L. Cruz**
**26020 Belle Porte Ave., #16**
**Harbor City, CA 90710**

**Yvette Walden**
**26020 Belle Porte Ave., #6**
**Harbor City, CA 90710**

**Martha Alicia Fernandez**
**3114 E. 17th Street**
**Long Beach, CA 90804**

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/12/2020** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/12/2020 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|-----------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |